```
WYATT & MCALISTER PLLC          PITNEY-BOWES CREDIT CO
102 NORTHLAKE LANE              P.O. BOX 85460
MADISON, MS 39110               LOUISVILLE, KY 40285-5460




VANN F. LEONARD                 STATE FARM INSURANCE
VANN F. LEONARD                 100 STATE FARM PARKWAY
P.O. BOX 16026                  BIRMINGHAM, AL 35297-0001
JACKSON, MS 39236




BANCORPSOUTH                    TRS RECOVERY
P.O. BOX 6                      P.O. BOX 4812
TUPELO, MS 38802                HOUSTON, TX 77210-4812




BCI                             WFS LEASING
442 HIGHLAND COLONY PK          15 KATHERINE STREET
RIDGELAND, MS 39157             LAUREL, MS 39440




BLUE CROSS BLUE SHIELD          XPHONE
P.O. BOX 1043                   P.O. BOX 10730
JACKSON, MS 39215-1043          79408-3730




CAROUSEL DEVELOPMENT
SUITES C AND D
774 AVERY BLVD
RIDGELAND, MS 39157



ENTERGY
P.O. BOX 61825
NEW ORLEANS, LA 70161-1825



FEDEX FREIGHT
P.O. BOX 406708
ATLANTA, GA 30384-6708



MISSISSIPPI TAX COMMIS
P.O. BOX 1033
JACKSON, MS 39215
```