# UNITED STATES BANKRUPTCY COURT

## Southern District of Mississippi

**Case No.: 09-04354-ee**
**Chapter: 7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):    Wyatt & McAlister PLLC
102 Northlake Lane
Madison, MS 39110

Tax ID:
30-0506406

## DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Summary of Schedules due 12/24/09
Schedules A-J due 12/24/09
Stmt of Fin. Affairs due 12/24/09
Aty Disclosure Stmt due 12/24/09

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

Dated: 12/11/09

Danny L. Miller, Clerk
100 East Capitol Street
P.O. Box 2448
Jackson, MS 39225-2448

**NOTE: Pursuant to Local Rule 10, it is the responsibility of the debtor to notice any added creditors.  Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors.  A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.**