# UNITED STATES BANKRUPTCY COURT

### Southern District of Mississippi

### Case No.: 09-04354-ee
### Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Wyatt & McAlister PLLC
    102 Northlake Lane
    Madison, MS 39110

Tax ID:
30-0506406

### DEFICIENCY NOTICE
### (Notice of Missing Documents and
### Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Summary of Schedules due 12/24/09
Schedules A-J due 12/24/09
Stmt of Fin. Affairs due 12/24/09
Aty Disclosure Stmt due 12/24/09

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

Dated: 12/11/09

    Danny L. Miller, Clerk
    100 East Capitol Street
    P.O. Box 2448
    Jackson, MS 39225-2448

**NOTE: Pursuant to Local Rule 10, it is the responsibility of the debtor to notice any added creditors.  Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors.  A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.**

# CERTIFICATE  OF  NOTICE

District/off: 0538-3          User: dooton            Page 1 of 1              Date Rcvd: Dec 11, 2009
Case: 09-04354             Form ID: pdf012         Total Noticed: 1

The following entities were noticed by first class mail on Dec 13, 2009.
db          +Wyatt & McAlister PLLC,    102 Northlake Lane,    Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
    NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2009**              **Signature:**