F0100 '02113376

**OFFICE OF THE SECRETARY OF STATE**
**P O BOX 136, JACKSON, MS 39205-0136**
**(601)359-1633**

Business ID: 938490
Date Filed: 09/22/2008 08:00 AM
C. Delbert Hosemann, Jr.
Secretary of State

## Mississippi LLC Certificate of Formation

The undersigned hereby executes the following document and sets forth:
(fields marked with an asterisks are required)

**1. Name of the Limited Liability Company: (The name must include the words "Limited Liability Company" or the abbreviation "LLC" or "L.L.C.")**

⇨* Wyatt & McAlister, PLLC

**2. The future effective date is (Complete if Applicable)**

11-01-2008

**3. Federal Tax ID if available (Do not put Social Security Number in the box)**

⇨ Applied for

**4. Name and Street Address of the Registered Agent and Registered Office is (must be in Mississippi)**

⇨ *Name

Derek A. Wyatt

⇨ *Physical Address

605 Crescent Boulevard, Suite 103, Ridgeland, MS 39157

⇨ P.O. Box

3181

*City

Ridgeland

| MS | 39158-3181 |

* State  * Zip5 – Zip4

**5. If the Limited Liability Company is to have a specific date of dissolution, the latest date upon which the Limited Liability Company is to dissolve is**

⇨

**6. Is full or partial management of the Limited Liability Company vested in a manager or managers? (Mark Appropriate box)**

⇨* ☐ Yes    ☑ No

**7. Other matters the managers or members elect to include: (Attach additional pages if necessary)**

⇨

⇨

Rev. 02/08

1 of 2

**EXHIBIT**

**A**

F0100   **I 0 2 I I 3 3 7 6**   **OFFICE OF THE SECRETARY OF STATE**
**P O BOX 136, JACKSON, MS 39205-0136**
**(601)359-1633**

## Certificate of Formation

**8. Signatures: This certificate must be signed by at least one member, manager, or organizer. (If signed by "manager" box 6 on page one 1 should be marked "yes".) The name, title, and address of each signer should be included in the spaces indicated. This page may be duplicated for additional signatures.**

| | |
|---|---|
| * Printed Name | Derek A. Wyatt |

* Title | Partner

* By: Signature

(please keep writing within blocks)

Street and
Mailing Address

⇨ * Physical Address | 605 Crescent Boulevard, Suite 103, Ridgeland, MS 39157

⇨ * P. O. Box | 3181

⇨ * City | Ridgeland | MS | 39158-3181
State   Zip5 – Zip4

Printed Name | Mary E. McAlister

Title | Partner

By: Signature

(please keep writing within blocks)

Street and
Mailing Address

⇨ Physical Address | 605 Crescent Boulevard, Suite 103, Ridgeland, MS 39157

⇨ P. O. Box | 3181

⇨ City | Ridgeland | MS |
State   Zip5 – Zip4

Rev. 02/08

2 of 2

102113376

# WYATT & McALISTER, PLLC
## ATTORNEYS
~

*a professional limited liability corporation*

DEREK A. WYATT

MARY E. McALISTER
*also licensed in Louisiana*

The purpose of this business is the general practice of law.

605 CRESCENT BOULEVARD, STE 103    WEB ADDRESS - WYATTMCALISTER.COM    TEL. 601-000-0000
RIDGELAND, MISSISSIPPI 39157                                            FAX  601-000-0000