MARY E. McALISTER
10045 LEBANON PINEGROVE ROAD
TERRY, MS 39170

January 8, 2009

Derek Wyatt
WYATT & McALISTER, PLLC
774 Avery Boulevard North
PO Box 3181
Ridgeland, MS 39158

*Via U.S. Mail and Email*
*dwyatt@wyattmcalister.com*

Dear Derek:

Based on your reaction to the email I sent to you yesterday morning, and on our subsequent conversation, it has become apparent that we can no longer work together, and that it is in each of our best interests to dissolve Wyatt & McAlister, PLLC as promptly as possible. Accordingly, I resign my employment as an attorney with Wyatt & McAlister, PLLC, effective Friday, January 9, 2009 at 5:00 p.m. My attorneys at Brunini, Chris Shapley, Larry Allison and Joseph Sclafani, are available to meet with you and/or your attorney at your convenience to work out a mutually agreeable voluntary dissolution of the PLLC, and a winding-up of its affairs. I am certain that you will agree it is in each of our best interests to dissolve Wyatt & McAlister, PLLC voluntarily, rather than one or both of us seeking a judicial dissolution. Until we can reach an agreement on dissolution, I will maintain my 50% equity interest in Wyatt & McAlister, PLLC, which includes an interest in all attorneys' fees that Wyatt and McAlister, PLLC may recover in connection with any current or future firm business.

I have been advised by David Nutt, P.A., David Nutt & Associates, P.C., and Nutt & McAlister, PLLC, (collectively "Nutt Firms") that they seek the immediate return of all files, including both hard and electronic files, which currently are located at Wyatt & McAlister, PLLC's offices. I am in the process of making arrangements to have the hard files picked-up and delivered to the Nutt Firms. Additionally, I am in the process of making arrangements to have the Nutt Firms' electronic files, including files on both the Wyatt & McAlister, PLLC server and its workstations, copied and delivered to the Nutt Firms. I anticipate that all of the Nutt Firms' files will be removed from Wyatt & McAlister, PLLC's offices by the end of the week or early next week. Until the Nutt Firms' files are removed from Wyatt & McAlister's PLLC's offices, we are legally and ethically obligated to protect all privileges and confidences.

I sincerely regret that it has become necessary for us to dissolve Wyatt & McAlister, PLLC, and hope that we can reach a mutual agreement regarding its dissolution and the winding-up of its affairs, and that it can be done as expeditiously as possible. Please let me know when you and/or your lawyer would like to meet with the Brunini Firm.

Sincerely,

*Meg McAlister*

Mary E. McAlister



EXHIBIT "A"