IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

David Nutt PA

v.

Derek A Wyatt

PLAINTIFF

CIVIL ACTION FILE NO. 2009-258

DEFENDANT

### ORDER SETTING TIME AND PLACE FOR HEARING
(as Second Setting)

It appearing that a time and place should be set for a Hearing on Motion to dismiss, Motion to Sever & transfer, Motion to Intervene filed herein, this Court finds as follows:

IT IS ORDERED AND ADJUDGED that the Hearing, and the same hereby is, set for 9:00 A.M. on the 18th day of December, 2009, at the Madison County Chancery/Administrative Building in Canton, Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED that all parties involved in this matter conduct meaningful settlement negotiations prior to the hearing; and that both attorneys bring a computer disk or CD with a proposed judgment.

This Hearing is set for a maximum time of one & one half hours. (1½)

SO ORDERED AND ADJUDGED this the 13th day of November, 2009.

_Rita Carpenter, DC_
Chancellor



EXHIBIT "C"