BOOK 0349 PAGE 493

IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

DAVID NUTT, P.A.,
DAVID NUTT & ASSOCIATES, P.C.,
f/k/a DAVID NUTT & ASSOCIATE, P.A.
and NUTT & MCALISTER, PLLC

PLAINTIFFS

vs.

CIVIL ACTION NO. 2009-258

DEREK A. WYATT

DEFENDANT

FILED THIS DATE NOV 06 2009 ARTHUR JOHNSTON, CHANCERY CLERK BY _____ D.C.

## ORDER

This matter came before the Court on October 20, 2009 on Defendant Derek A. Wyatt's ("Wyatt") Motion to Dismiss and the Response in Opposition filed by Plaintiffs David Nutt, P.A., David Nutt & Associates, P.C., f/k/a David Nutt & Associates, P.A., and Nutt & McAlister, PLLC ("Plaintiffs"), as well as Plaintiffs' Motion for Appointment of Special Master and Wyatt's Response in Opposition to the same. The Court, having considered the Motions and the Responses, having heard oral argument, and being otherwise fully advised in the premises, is of the opinion that the Motion to Dismiss should be denied in part; and the Motion for Appointment of Special Master should be granted in part.

IT IS HEREBY ORDERED that Wyatt's Motion to Dismiss as it relates to Plaintiffs' replevin claims is DENIED. At the request of Wyatt's Counsel, the Court, at this time, will not rule on Wyatt's Motion to Dismiss as it relates to Plaintiffs' declaratory judgment claims, and will defer ruling on that portion of the Motion to Dismiss until the hearing set for December 4, 2009.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Appoint Special Master is GRANTED IN PART. The Court hereby orders that Robert W. Sneed, Esq., shall be appointed Special Master to advise the Court regarding the claims and/or discovery he makes during the November 11, 2009 hearing in the related proceeding of In re Wyatt & McAlister, Civil Action


EXHIBIT "D"

Case 09-04354-ee  Doc 8-4  Filed 12/15/09  Entered 12/15/09 15:35:44  Desc
Case: 0:09-cv-00258  Document #: 14  Filed: 11/06/2009  Page 2 of 2
Exhibit B  Page 2 of 2

BOOK 0349 PAGE 494

No. 2009-90-B, as it relates to the files and/or claims of files that may or may not be in the possession of Wyatt or in an office or building possessed and/or controlled by Wyatt and/or any entity that he may have an interest in, such files being the subject of Plaintiffs' replevin claims that are the subject to this action. The Court will defer ruling on the Motion for Appointment of Special Master as it relates to Plaintiffs' declaratory judgment claims until the hearing set for December 4, 2009.

SO ORDERED, this the 5th day of November, 2009.

_Cynthia J. Brewer_
CHANCELLOR

ORDER SUBMITTED BY:

s/Joseph Anthony Sclafani
Christopher A. Shapley, Esq. (MSB No. 6733)
Lawrence E. Allison, Jr., Esq. (MSB No. 1534)
Joseph Anthony Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Box 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

APPROVED AS TO FORM:

s/Donna M. Meehan
Donna M. Meehan, MSB #100484
Michael D. Simmons, MSB #9828
Cosmich Simmons & Brown, PLLC
Plaza Building
120 North Congress Street, Suite 400
Post Office Box 22626 (39225-2626)
Jackson, Mississippi 39201
Telephone: 601-863-2100
Facsimile: 601-863-0078

MADISON COUNTY MS  This instrument was filed for record November 6th, 2009.
Book 349  Page 493
ARTHUR JOHNSTON, C. C.
BY: _____ D.C.