**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)     Case Number **09–04354–ee**

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/10/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wyatt & McAlister PLLC
102 Northlake Lane
Madison, MS 39110

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 09–04354–ee | 30–0506406 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Vann F. Leonard | Stephen Smith |
| PO Box 16026 | 5 Old River Place |
| Jackson, MS 39236–6026 | Suite 107 |
| Telephone number: 601 956–8001 | Jackson, MS 39202–3449 |
| | Telephone number: 601–352–6767 |

## Meeting of Creditors

**NOTICE: DEBTOR(S) MUST PROVIDE ORIGINAL PICTURE IDENTIFICATION AND PROOF OF SOCIAL SECURITY NUMBER TO THE TRUSTEE AT THE MEETING OF CREDITORS. FAILURE TO DO SO MAY RESULT IN YOUR CASE BEING DISMISSED.**

Date: **January 21, 2010**      Time: **01:00 PM**

Location: **100 West Capitol Street, Suite 707, Dr. A. H. McCoy Federal Building, Jackson, MS 39269**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 100 East Capitol St. | Clerk of the Bankruptcy Court: |
| P.O. Box 2448 | Danny L. Miller |
| Jackson, MS 39225–2448 | |
| Telephone number: 601–965–5301 | |
| Hours Open: Monday – Friday 8:00 AM – 4:30 PM | Date: 12/14/09 |

**EXPLANATIONS**  B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**FAILURE OF THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY TO APPEAR AT THE SEC. 341(a) MEETING, TO TIMELY FILE SCHEDULES AND RELATED DOCUMENTS, TO PAY REQUIRED FEES OR TO PRODUCE REQUIRED PAYMENT ADVICES AND INCOME TAX RECORDS PURSUANT TO 11 USC SEC. 521 MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: dooton                Page 1 of 1                 Date Rcvd: Dec 14, 2009
Case: 09-04354                 Form ID: b9b                Total Noticed: 16

The following entities were noticed by first class mail on Dec 16, 2009.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015
aty          +Lawrence E. Allison, Jr.,   Brunini, Grantham, Grower & Hewes, PLLC,   P.O. Drawer  119,
               Jackson, MS 39205-0119
aty           Vann F. Leonard,   PO Box 16026,   Jackson, MS 39236-6026
tr            Stephen Smith,   5 Old River Place,   Suite 107,   Jackson, MS 39202-3449
2932381      +BCI,   442 Highland Colony Pk,   Ridgeland, MS 39157-8727
2932380      +Bancorpsouth,   P.O. Box 6,   Tupelo, MS 38802-0006
2932382       Blue Cross Blue Shield,   P.O. Box 1043,   Jackson, MS 39215-1043
2932383      +Carousel Development,   Suites C and D,   774 Avery Blvd,   Ridgeland, MS 39157-5219
2932385       FedEx Freight,   P.O. Box 406708,   Atlanta, GA 30384-6708
2932386      +Mississippi Tax Commis,   P.O. Box 1033,   Jackson, MS 39215-1033
2932387       Pitney-Bowes Credit Co,   P.O. Box 85460,   Louisville, KY 40285-5460
2932388       State Farm Insurance,   100 State Farm Parkway,   Birmingham, AL 35297-0001
2932389       TRS Recovery,   P.O. Box 4812,   Houston, TX 77210-4812
2932390      +WFS Leasing,   15 Katherine Street,   Laurel, MS 39440-2191
2932391       Xphone,   P.O. Box 10730,   79408-3730

The following entities were noticed by electronic transmission on Dec 14, 2009.
2932384       E-mail/Text: credit7@entergy.com                           Entergy,   P.O. Box 61825,
               New Orleans, LA 70161-1825
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ptnr          Mary E. McAllister
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**                    **Signature:** _Joseph Speetjens_