IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                    CHAPTER 7

WYATT & McALLISTER                                                    CASE NO. <u>09-04354-ee</u>

### ORDER APPROVING APPLICATION OF TRUSTEE
### TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS

**THIS CAUSE** having come on for consideration of the Application of Trustee to Employ Certified Public Accountants (Docket No. <u>10</u>), filed by **J. Stephen Smith**, Trustee, and the Court, having considered said Application, and otherwise being fully advised, is of the opinion that the Application is well taken and should be approved.

**IT IS, THEREFORE, ORDERED** that the employment of Stephen Smith & Company, P.C. as Certified Public Accountants for the Trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that Stephen Smith & Company, P.C. shall be entitled to receive compensation and to receive reimbursement of actual necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016, and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts so allowed.

**SO ORDERED**.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: December 17, 2009

SUBMITTED BY:
EILEEN N. SHAFFER
Attorney for J. Stephen Smith, Trustee