## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                              CHAPTER 7

**Wyatt & McAlister PLLC**                                  CASE NO. 09–04354-ee-EE

### ORDER APPROVING APPLICATION
### OF TRUSTEE TO EMPLOY ATTORNEY

      **THIS CAUSE**, having come on for consideration of the Application of Trustee to Employ Attorney (Docket No. _9_ ), filed by J. Stephen Smith, Trustee, and the Court having considered said Application, and otherwise being fully advised, is of the opinion that the Application is well taken and should be approved.

      **IT IS, THEREFORE, ORDERED** that the employment of Eileen N. Shaffer, as attorney for the Trustee be and, it is, hereby approved.

      **IT IS FURTHER ORDERED** that Eileen N. Shaffer shall be entitled to receive  compensation and to receive reimbursement of actual, necessary expenses, only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016, and any other applicable or related statutes and rules.

      **IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts so allowed.

      **SO ORDERED.**

_Edward Ellington_

Edward Ellington
United States Bankruptcy Judge
Dated: December 17, 2009

SUBMITTED BY:
EILEEN N. SHAFFER
Attorney for J. Stephen Smith, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jthompson          Page 1 of 1                Date Rcvd: Dec 17, 2009
Case: 09-04354               Form ID: pdf012          Total Noticed: 1

The following entities were noticed by first class mail on Dec 19, 2009.
db          +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2009**                    **Signature:**          _Joseph Speetjens_