**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  CHAPTER 7

**WYATT & McALLISTER**  CASE NO. <u>09-04354-ee</u>

**ORDER APPROVING APPLICATION OF TRUSTEE
TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS**

**THIS CAUSE** having come on for consideration of the Application of Trustee to Employ Certified Public Accountants (Docket No. <u>10</u>), filed by **J. Stephen Smith**, Trustee, and the Court, having considered said Application, and otherwise being fully advised, is of the opinion that the Application is well taken and should be approved.

**IT IS, THEREFORE, ORDERED** that the employment of Stephen Smith & Company, P.C. as Certified Public Accountants for the Trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that Stephen Smith & Company, P.C. shall be entitled to receive compensation and to receive reimbursement of actual necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016, and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts so allowed.

**SO ORDERED**.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: December 17, 2009

SUBMITTED BY:
EILEEN N. SHAFFER
Attorney for J. Stephen Smith, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jthompson              Page 1 of 1                  Date Rcvd: Dec 17, 2009
Case: 09-04354                Form ID: pdf012              Total Noticed: 1

The following entities were noticed by first class mail on Dec 19, 2009.
db           +Wyatt & McAlister PLLC,    102 Northlake Lane,    Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2009**             **Signature:** *Joseph Speetjens*