IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                              CHAPTER 7

**Wyatt & McAlister PLLC**                                          CASE NO. 09-04354-EE

TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACT
BETWEEN WYATT & McALISTER, PLLC AND CAROUSEL DEVELOPMENT, LLC

COMES NOW, **J. Stephen Smith**, Trustee, by and through his attorney, and files this his Motion to Reject the Executory Contract previously entered into between Wyatt & McAlister, PLLC, and Carousel Development, LLC and would show unto the Court the following, to-wit:

I.

That Wyatt & McAlister, PLLC previously entered into a Lease Agreement with Carousel Development, LLC.

II.

That said agreement is not necessary and it is in its best interest to reject this executory contract.

WHEREFORE, PREMISES CONSIDERED, J. Stephen Smith, Trustee, respectfully requests that this Court enter an Order rejecting the Lease Agreement between Wyatt & McAlister, PLLC and Carousel Development, LLC and for such other relief as is deemed just.

                                                   Respectfully submitted,

                                                   J. Stephen Smith, Trustee

                           BY:     /s/ Eileen N. Shaffer
                                       EILEEN N. SHAFFER
                                       His Attorney

EILEEN N. SHAFFER
MSB #1687
P.O. Box 1177
Jackson, MS 39215-1177
(601) 969-3006

## CERTIFICATE OF SERVICE

    I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have mailed by United States Mail, postage prepaid, or served electronically, a true and correct copy of the above and foregoing Application of Trustee to Employ Certified Public Accountants to the United States Trustee, 100 W. Capitol Street, Suite 706, Jackson, Mississippi 39269-1602, and to the following on the day and year hereinafter set forth:

    Kimberly P. Turner, Esq.
    Attorney for Carousel Development, LLC
    kimturnerlaw@bellsouth.net

    Van F. Leonard, Esq.
    Attorney for Debtor
    vfllaw@bellsouth.net

    Lawrence E. Allison, Esq.
    Attorney for Partner Mary McAllister
    lallison@brunini.com

    USTPRegion05.JA.ECF@usdoj.gov
    R. Michael Bolen
    United States Trustee
    100 W. Capitol St., Ste. 706
    Jackson, MS  39269-1602

    **SO CERTIFIED** this the 23rd day of December, 2009.

                                                    /s/ Eileen N. Shaffer
                                                  EILEEN N. SHAFFER