IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CHAPTER 7

Wyatt & McAlister PLLC  CASE NO. <u>09-04354-EE</u>

### NOTICE OF MOTION TO REJECT EXECUTORY BETWEEN WYATT & McALISTER, PLLC AND CAROUSEL DEVELOPMENT, LLC

**NOTICE IS HEREBY GIVEN** that J. Stephen Smith has filed a Motion to Reject the Executory Contract with the United States Bankruptcy Court [Docket No. 16]. The Trustee requests that this Court enter an Order rejecting the Lease Agreement between Wyatt & McAlister, PLLC and Carousel Development, LLC, and for other relief as is deemed just. A copy of said motion has been sent to each party listed on the certificate of service.

**NOTICE IS FURTHER GIVEN** that any creditor or party-in-interest desiring to object to said Motion is required to file a written objection with the United States Bankruptcy Court, P. O. Box 2448, Jackson, MS 39225-2448, and to serve a copy upon the Trustee's attorney, Eileen N. Shaffer, at the address listed herein below; and upon the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269. The **DEADLINE DATE** for filing objections to the Motion is **TWENTY-ONE (21) DAYS** from the date of this Notice.

**NOTICE IS FURTHER GIVEN** that in the event such written objection or other responsive pleading is not filed on or before TWENTY-ONE (21) DAYS after the date of this notice, said Motion to Reject Executory Contract shall be determined **EX PARTE** by the Court.

**DATED** this the _____ day of _____, 2009.

_____
EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, MS 39215-1177
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, hereby certify that I have mailed, by United States Mail, postage prepaid, or electronically, a true and correct copy of the above and foregoing Notice of Motion to Reject Executory Contract to the following and to the 20 Largest Unsecured Creditors and attorneys filing Notices of Appearance listed on Exhibit "A" attached hereto on the day and year hereinafter set forth:

    Kimberly P. Turner, Esq.
    Attorney for Carousel Development, LLC
    kimturnerlaw@bellsouth.net

    Van F. Leonard, Esq.
    Attorney for Debtor
    vfllaw@bellsouth.net

    Lawrence E. Allison, Esq.
    Attorney for Partner Mary McAllister
    lallison@brunini.com

    USTPRegion05.JA.ECF@usdoj.gov
    R. Michael Bolen
    United States Trustee
    100 W. Capitol St., Ste. 706
    Jackson, MS  39269-1602

**SO CERTIFIED** this the 23rd day of December, 2009.

                                            EILEEN N. SHAFFER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 09-04354-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Wed Dec 23 09:52:12 CST 2009 | Wyatt & McAlister PLLC<br>102 Northlake Lane<br>Madison, MS 39110-5015 | U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| BCI<br>442 Highland Colony Pk<br>Ridgeland, MS 39157-8727 | Bancorpsouth<br>P.O. Box 6<br>Tupelo, MS 38802-0006 | Blue Cross Blue Shield<br>P.O. Box 1043<br>Jackson, MS 39215-1043 |
| Carousel Development<br>Suites C and D<br>774 Avery Blvd<br>Ridgeland, MS 39157-5219 | Entergy<br>P.O. Box 61825<br>New Orleans, LA 70161-1825 | FedEx Freight<br>P.O. Box 406708<br>Atlanta, GA 30384-6708 |
| Mississippi Tax Commis<br>P.O. Box 1033<br>Jackson, MS 39215-1033 | Pitney-Bowes Credit Co<br>P.O. Box 85460<br>Louisville, KY 40285-5460 | State Farm Insurance<br>100 State Farm Parkway<br>Birmingham, AL 35297-0001 |
| TRS Recovery<br>P.O. Box 4812<br>Houston, TX 77210-4812 | WFS Leasing<br>15 Katherine Street<br>Laurel, MS 39440-2191 | Xphone<br>P.O. Box 10730<br>79408-3730 |
| Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215-1177 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | Stephen Smith<br>5 Old River Place<br>Suite 107<br>Jackson, MS 39202-3449 |
| Stephen Smith<br>Shelton & Smith PC, CPA<br>5 Old River Road Ste 107<br>Jackson, MS 39202-3449 | Vann F. Leonard<br>PO Box 16026<br>Jackson, MS 39236-6026 | |

**EXHIBIT "A"**

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mary E. McAllister

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20