## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WYATT & McALISTER PLLC

CHAPTER 7 PROCEEDING
CASE NO. 09-04354-ee

## MOTION FOR ADDITIONAL TIME

COMES NOW Debtor Wyatt & McAlister, through counsel, and respectfully moves this honorable Court for additional time to file schedules and statements pursuant to Fed.R.Bankr.P. 1007(c), and in support thereof would show as follows, to-wit:

1. The schedules and statements to be filed by the Debtor include creditors from whom information is unavailable; files and personal property have been moved to a storage facility maintained by a third party to which the debtor has no access. In order to prevent repeated amendments, the Debtor requests additional time, until January 12, 2010, to file its schedules and statements pursuant to Fed.R.Bankr.P. 1007(c).

2. This Motion is not being filed for the purpose of delay and no harm or inconvenience will result from granting the Debtor an extension of time to file its schedules and statements.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully moves this honorable Court for additional time, until January 12, 2010, to file its schedules and statements pursuant to Fed.R.Bankr.P. 1007(c). Further, the Debtor prays for any and all other relief, either general or specific, to which it may be entitled in the premises.

DATED this the 23rd day of December, 2009.

Respectfully submitted,

WYATT & McALISTER PLLC

By: s/ Vann F. Leonard
Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty T. Slade DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 956-8001
FAX (601) 978-1770

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be mailed by prepaid First Class United States Mail a true and correct copy of the above and foregoing Motion electronically filed with the Clerk of this Court using the ECF system, to the following persons named below:

Lawrence E. Allison, Jr., Esquire - lallison@brunini.com
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205

Office of the United States Trustee
Attention: Ronald H. McAlpin, Esquire - ronald.mcalpin@usdoj.gov
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269

J. Stephen Smith, CPA - trustee1@smithcpafirm.com
Chapter 7 Case Trustee
5 Old River Place, Ste 107
Jackson, Mississippi 39202

DATED this the 23rd day of December, 2009

s/ Vann F. Leonard