**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                    CASE NO. 09-04354-ee
Wyatt & McAlister PLLC

### ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES

**THIS CAUSE** having come on this day for consideration by the Court, and the Court having considered the Motion for Extension of Time for the Debtor(s) to file Schedules and Statement of Financial Affairs; being fully advised in the premises finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the Debtor(s) have until _JAN 12_ ,2010, to file Schedules and Statement of Financial Affairs, failing which this case may be dismissed without further notice.

**SO ORDERED** this the _29th_ day of December, 2009.

EDWARD ELLINGTON
UNITED STATES BANKRUPTCY JUDGE