UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                          CASE NO. 09-04354-ee
Wyatt & McAlister PLLC

### ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES

**THIS CAUSE** having come on this day for consideration by the Court, and the Court having considered the Motion for Extension of Time for the Debtor(s) to file Schedules and Statement of Financial Affairs; being fully advised in the premises finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the Debtor(s) have until __JAN 12__, 2010, to file Schedules and Statement of Financial Affairs, failing which this case may be dismissed without further notice.

**SO ORDERED** this the _29th_ day of December, 2009.

EDWARD ELLINGTON
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: twright               Page 1 of 1           Date Rcvd: Dec 29, 2009
Case: 09-04354                Form ID: pdf012             Total Noticed: 1

The following entities were noticed by first class mail on Dec 31, 2009.
db             +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 31, 2009**            **Signature:** _Joseph Speetjens_