| | | |
|---|---|---|
| **DANNY L. MILLER**<br>CLERK<br>(601) 965–5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>JACKSON, MISSISSIPPI 39225–2448 | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Wyatt & McAlister PLLC, Debtors

Vann F. Leonard, Attorney for Debtors

Stephen Smith, Trustee

U.S. Trustee

Lawrence E Allison Jr, Attorney for Mary McAlister

Eileen N Shaffer, Attorney for Trustee


**In re:** Wyatt & McAlister PLLC


**Bankruptcy Case No.:**  09–04354–ee


NOTICE IS HEREBY GIVEN that there will be a hearing on :

**Emergency Motion to Dismiss Debtor Wyatt & McAlister, PLLC's Chapter 7 Voluntary Petition Filed by Mary E. McAllister (Dkt.#6), Response to Emergency Motion to Dismiss (Dkt.#8)**

in regard to the above referenced matter on **Tuesday, February 2, 2010** at **01:30 PM** , or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**


**DATED:**  1/7/10                                              **EDWARD ELLINGTON**
                                                                              **U. S. BANKRUPTCY JUDGE**


hn002ee–standard