| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK**<br>(601) 965–5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Wyatt & McAlister PLLC, Debtors

Vann F. Leonard, Attorney for Debtors

Stephen Smith, Trustee

U.S. Trustee

Lawrence E Allison Jr, Attorney for Mary McAlister

Eileen N Shaffer, Attorney for Trustee


**In re:** Wyatt & McAlister PLLC


**Bankruptcy Case No.:** 09−04354−ee


NOTICE IS HEREBY GIVEN that there will be a hearing on :

**Emergency Motion to Dismiss Debtor Wyatt & McAlister, PLLC's Chapter 7 Voluntary Petition Filed by Mary E. McAllister (Dkt.#6), Response to Emergency Motion to Dismiss (Dkt.#8)**

in regard to the above referenced matter on **Tuesday, February 2, 2010** at **01:30 PM** , or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**


**DATED:** 1/7/10                                           **EDWARD ELLINGTON**
                                                            **U. S. BANKRUPTCY JUDGE**


hn002ee−standard

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jthompson              Page 1 of 1                  Date Rcvd: Jan 07, 2010
Case: 09-04354                Form ID: hn002ee             Total Noticed: 1

The following entities were noticed by first class mail on Jan 09, 2010.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2010**                    **Signature:**  _Joseph Speetjens_