# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Wyatt & McAlister PLLC**

Debtor(s)

Case No. **09-04354**

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 12, 2010**

**/s/ Derek A. Wyatt**
**Derek A. Wyatt/Member**
Signer/Title