B6F (Official Form 6F) (12/07)

In re  Wyatt & McAlister PLLC , Case No.  09-04354 
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx-x70-67 <br><br> ATT <br> PO Box 538695 <br> Atlanta, GA 30353-8695 | | - | open account | | | X | 188.50 |
| Account No. xxxx-412-5 <br><br> Bancorpsouth <br> P.O. Box 6 <br> Tupelo, MS 38802 | | - | open account | | | | 546.08 |
| Account No. <br><br> Bancorpsouth <br> 2910 W Jackson St <br> Tupelo, MS 38801 | | | Representing: <br> Bancorpsouth | | | | Notice Only |
| Account No. <br><br> TRS Recovery <br> P.O. Box 4812 <br> Houston, TX 77210-4812 | | | Representing: <br> Bancorpsouth | | | | Notice Only |

3  continuation sheets attached

Subtotal (Total of this page)   734.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:23742-100105   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wyatt & McAlister PLLC**    ,    Case No.    **09-04354**
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Blue Cross Blue Shield** <br> **P.O. Box 1043** <br> **Jackson, MS 39215-1043** | | - | open account | | | X | 0.00 |
| Account No. xxxxxx8919 <br><br> **Business Communication** <br> **442 Highland Colony Pk** <br> **Ridgeland, MS 39157** | | - | open account | | | | 145.00 |
| Account No. <br><br> **Derek Wyatt** <br> **102 Northlake Lane** <br> **Madison, MS 39110** | | - | interest as gaurantor and in respective cases and files | | X | X | Unknown |
| Account No. xxxx2771 <br><br> **Entergy** <br> **P.O. Box 61825** <br> **New Orleans, LA 70161-1825** | | - | open account | | | X | 33.25 |
| Account No. <br><br> **Entergy** <br> **P.O. Box 8105** <br> **Baton Rouge, LA 70891-8105** | | | **Representing:** <br> **Entergy** | | | | Notice Only |

Sheet no. **1** of **3** sheets attached to Schedule of    Subtotal    178.25
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wyatt & McAlister PLLC**
_____,
Debtor

Case No.  **09-04354**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-x264-5<br><br>FedEx Freight<br>P.O. Box 406708<br>Atlanta, GA 30384-6708 | | - | open account | | | | 140.83 |
| Account No.<br><br>Fed EX<br>Rev Recov<br>PO Box 94515<br>Palatine, IL 60094-4515 | | | Representing:<br>FedEx Freight | | | | Notice Only |
| Account No. xxx9212<br><br>Healthport<br>P.O. Box 409740<br>Atlanta, GA 30384 | | - | open account | | | | 21.17 |
| Account No. xxxx5230<br><br>New England Financial<br>PO Box 7250<br>Johnstown, PA 15907-7250 | | - | open account on Meg McAllister | | | | 307.39 |
| Account No. xx2070<br><br>PACER<br>PO Box 70951<br>Charlotte, NC 28272-0951 | | - | open account | | | | 66.88 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

536.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Wyatt & McAlister PLLC**  
           Debtor

Case No. **09-04354**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2152** <br><br> Southern Telecommunica <br> PO Box 12865 <br> Jackson, MS 39236 | | - | open account | | | | 846.44 |
| Account No. **xxxxxx2965** <br><br> West Publishing <br> 610 Opperman Drive <br> Eagan, MN 55123 | | - | open account | | | | 5,061.25 |
| Account No. **xxxxxx2965** <br><br> Moss & Barnett <br> 4800 Wells Fargo Cente <br> 90 S Seventh Street <br> Minneapolis, MN 55402 | | | Representing: <br> West Publishing | | | | Notice Only |
| Account No. <br><br> WFS Leasing <br> 15 Katherine Street <br> Laurel, MS 39440 | X | - | lease on copier see executory contracts | | | | 0.00 |
| Account No. **xx5216** <br><br> Xphone <br> P.O. Box 10730 <br> 79408-3730 | | - | open account | | | X | 10,282.34 |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,190.03**

Total (Report on Summary of Schedules) **17,639.13**