# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Wyatt & McAlister PLLC**   
Debtor(s)

Case No.   **09-04354**  
Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wyatt & McAlister PLLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Derek Wyatt**  
**102 Northlake Lane**  
**Madison, MS 39110**

**Mary McAlister**  
**c/o Larry Allison**  
**PO Drawer 119**  
**Jackson, MS 39205**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 12, 2010** | */s/ Vann F. Leonard* |
| Date | Vann F. Leonard |
| | Signature of Attorney or Litigant |
| | Counsel for   **Wyatt & McAlister PLLC** |
| | Vann F. Leonard |
| | P.O. Box 16026 |
| | Jackson, MS 39236 |
| | 601-956-8001 Fax:601-978-1770 |
| | vfllaw@bellsouth.net |