**United States Bankruptcy Court**
**Southern District of Mississippi**

In re**:**   Wyatt & McAlister PLLC                                                                                      Case No.  09–04354–ee
                                                                                                                                                Chapter 7

            Debtor

To Attorney:  Vann F Leonard
              PO Box 16026
              Jackson MS 39236–6026

**DEFICIENCY NOTICE**
**(Regarding Notice to Additional Creditors Amended Creditor List/Matrix not filed)**

   On  January 13, 2010 , you filed schedules and statements in the above case with creditors listed in the schedules, but not listed on the original matrix filed on December 10, 2010 . The Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines was issued setting the §341(a) meeting of creditors for  January 21, 2010 at  1:00 P.M. .

   Therefore, you must:

1.   file an amended creditor list/matrix and pay the required filing fee of $ 26.00 ,

2.   notify the additional creditors that they have been added to the creditor list/matrix,

3.   provide them with a copy of the notice of §341(a) meeting of creditors and notice of **any other significant deadlines** for which notice has already been given, such as deadlines for filing complaints to determine the dischargeability of a debt, and

4.   file a Notice and Certificate of Mailing upon completion of notice *(See Form A7–3, Notice to Creditors added to Debtor(s) Chapter 7 Creditor List/Matrix at www.mssb.uscourts.gov)*

   YOU ARE FURTHER NOTIFIED that failure to correct the above deficiency by  February 3, 2010 may result in a show cause hearing why sanctions should not be imposed for failure to notice additional creditors pursuant to Local Rule 10.

DATED: January 20, 2010                                                  Danny L. Miller , Clerk
                                                                         100 East Capitol St.
                                                                         P.O. Box 2448
                                                                         Jackson, MS 39225–2448

                                                                         601–965–5301

dn005