Certificate of Service   Page 1 of 2

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re**:**     Wyatt & McAlister PLLC                                                           Case No.  09−04354−ee
                                                                                                                         Chapter 7

            Debtor

To Attorney: Vann F Leonard
                    PO Box 16026
                    Jackson MS 39236−6026

## DEFICIENCY NOTICE
**(Regarding Notice to Additional Creditors Amended Creditor List/Matrix not filed)**

   On  January 13, 2010 , you filed schedules and statements in the above case with creditors listed in the schedules, but not listed on the original matrix filed on December 10, 2010 . The Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines was issued setting the §341(a) meeting of creditors for  January 21, 2010 at  1:00 P.M. .

   Therefore, you must:

1.   file an amended creditor list/matrix and pay the required filing fee of $ 26.00 ,

2.   notify the additional creditors that they have been added to the creditor list/matrix,

3.   provide them with a copy of the notice of §341(a) meeting of creditors and notice of **any other significant deadlines** for which notice has already been given, such as deadlines for filing complaints to determine the dischargeability of a debt, and

4.   file a Notice and Certificate of Mailing upon completion of notice *(See Form A7−3, Notice to Creditors added to Debtor(s) Chapter 7 Creditor List/Matrix at www.mssb.uscourts.gov)*

   YOU ARE FURTHER NOTIFIED that failure to correct the above deficiency by  February 3, 2010 may result in a show cause hearing why sanctions should not be imposed for failure to notice additional creditors pursuant to Local Rule 10.

DATED: January 20, 2010                                              Danny L. Miller , Clerk
                                                                                     100 East Capitol St.
                                                                                     P.O. Box 2448
                                                                                     Jackson, MS 39225−2448

                                                                                     601−965−5301

dn005

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jthompson             Page 1 of 1                  Date Rcvd: Jan 20, 2010
Case: 09-04354               Form ID: dn005              Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 22, 2010.
db          +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2010            Signature:    *Joseph Speetjens*