PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
01/21/10

IN RE:  CASE NO: 09-04354 EE

**WYATT & MCALISTER PLLC**

<u>APPEARANCES</u>:
(X) DEBTOR 1                                   ( ) DEBTOR 2 (Wife in Joint Cases)
   ( ) Required picture I.D. produced              ( ) Required picture I.D. produced
   ( ) Required SSN verification produced — N/A    ( ) Required SSN verification produced
   ( ) Pay advices received — N/A                  ( ) Pay advices received
Abuse / No Abuse designation is ( ) accurate ( ) inaccurate because _____.

Credit counseling certificate ( ) filed ( ) not filed. — N/A
Tax returns received for _____ (years) on _____.
Financial documents were ( ) retained by trustee, or ( ) returned to debtor(s), or ( ) forwarded to Office of the UST.
(X) DEBTOR'S REPRESENTATIVE: *Derek Wyatt — Member 50%*
(X) ATTORNEY FOR DEBTOR(S): **VANN F. LEONARD** or substitute: _____
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES ( ) NO - If Pro Se, did anyone assist with preparation?
   ( ) YES ( ) NO - If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; or
( ) NOT HELD; or
( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____, 20____ AT _____ O'CLOCK ____.M.

(X) YES ( ) NO - Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.  $10,000.
(X) CREDITOR(S) *Joseph Schlafani (Meg McAlister — other 50% owner) (per S.O.F.A.)*
_____

DEBTOR(s) REQUIRED TO:
(X) AMEND Schedules and Statements within ten (10) days of §341(a) Meeting - Schedule **B, H**
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____.

ADDITIONAL NOTES: _____
_____
_____

DATED: **01/21/2010**       _____
                            STEPHEN SMITH, TRUSTEE

Track # **061**    or    Tape # _____, Side _____ Counter Start # _____