UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                CASE NO.: 09-04354
   WYATT & MCALISTER PLLC

TRUSTEE'S NOTICE OF CHANGE OF STATUS

   COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

   Therefore, it is required that a notice to file claims should be mailed to all creditors of record.

DATE: January 23, 2010

                                         Respectfully submitted,

                                         _____
                                         J. Stephen Smith, Trustee