**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:**<br>Wyatt & McAlister PLLC<br>102 Northlake Lane<br>Madison, MS 39110 | Case No.: 09–04354–ee<br><br>**Chapter** 7 |

*\*Debtors*

## NOTICE TO CREDITORS TO FILE PROOF OF CLAIM

To the Debtor(s), Creditors, and other Parties in Interest:

It appeared from the schedules when this case was filed there were no assets from which any dividend could be paid and the notice of initial meeting of creditors noted: "There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim."

Assets have since been recovered in this case, and it now appears the payment of a dividend may be possible. In order to have a claim allowed and share in any distribution from the estate, a creditor must file a proof of claim (with statement of account attached). Claims which are not filed on or before the date set forth below, will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the accompaning Proof of Claim form.

Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), the last day for filing claims is fixed as:

**April 28, 2010**

| | |
|---|---|
| **Dated**: 1/25/10 | **Danny L. Miller, Clerk<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225–2448** |

*\*Set forth all names, including trade names, used by the debtor(s) within the last 8 years.*

VAN–005/7NFC