## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**WYATT & MCALISTER PLLC**

CASE NO.  09-04354ee

## ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) EMERGENCY MOTION TO DISMISS DEBTOR FILED BY PARTNER, MARY E. MCALLISTER (DKT.#6) AND (2) RESPONSE TO EMERGENCY MOTION TO DISMISS DEBTOR FILED BY VANN F. LEONARD, ATTORNEY FOR WYATT (DKT.#8)  and the Court having considered the facts herein, finds that the hearing on FEBRUARY 2, 2010, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) EMERGENCY MOTION TO DISMISS DEBTOR FILED BY PARTNER, MARY E. MCALLISTER (DKT.#6) AND (2) RESPONSE TO EMERGENCY MOTION TO DISMISS DEBTOR FILED BY VANN F. LEONARD, ATTORNEY FOR WYATT (DKT.#8)  is hereby continued and reset for **TUESDAY, FEBRUARY 16, 2010,** at **2:30 O'CLOCK P.M.**

**SO ORDERED** this the 2 day of February, 2010.

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**