IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WYATT & McALISTER PLLC

CHAPTER 7 PROCEEDING
CASE NO. 09-04354-ee

## NOTICE

YOU ARE HEREBY NOTIFIED that Debtor Wyatt & McAlister has filed its Objection to the Proof of Claim (Claim No. 2) filed by the Mississippi State Tax Commission in the above referenced Chapter 7 proceeding.

YOU ARE FURTHER NOTIFIED that any response to said Objection must be made in writing to the Clerk of this Court, Post Office Drawer 2448, Jackson, Mississippi, 39225-2448, with a copy mailed to the Office of the United States Trustee, the Chapter 7 Case Trustee, and the attorney for the Debtor, Vann F. Leonard, at the respective addresses listed hereinbelow.

YOU ARE FURTHER NOTIFIED that any response to said Objection must be made within twenty-one (21) days of the date of this Notice.

YOU ARE FURTHER NOTIFIED that should no response to said Objection be timely filed, the Court will be requested to enter its Order *ex parte* denying said Proof of Claim.

DATED this the 3rd day of February, 2010.

Respectfully submitted,

WYATT & McALISTER PLLC

By:    s/ Vann F. Leonard
       Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty T. Slade DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi  39236-6026
(601) 956-8001
FAX (601) 978-1770

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be mailed by prepaid First Class United States Mail a true and correct copy of the above and foregoing Notice electronically filed with the Clerk of this Court using the ECF system, to the following persons named below:

Office of the United States Trustee
Attention: Ronald H. McAlpin, Esquire - ronald.mcalpin@usdoj.gov
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269

J. Stephen Smith, CPA - trustee1@smithcpafirm.com
Chapter 7 Case Trustee
5 Old River Place, Ste 107
Jackson, Mississippi 39202

Mississippi State Tax Commission
Attention: Bankruptcy Section
Post Office Box 22808
Jackson, Mississippi 39225

Lawrence E. Allison, Jr., Esquire - lallison@brunini.com
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205

DATED this the 3rd day of February, 2010.

s/ Vann F. Leonard