# United States Bankruptcy Court
## Southern District of Mississippi

**Danny L. Miller**
Clerk



**Jackson Office**
P. O. Box 2448
Jackson, MS 39201-2448
Telephone: 601-965-5301

**Gulfport Office**
2012 15th Street
Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

In Re: Wyatt & McAlister PLLC

Case No. 09-04354-ee
Chapter 7

To Attorney: Vann F Leonard, Esq.
PO Box 16026
Jackson MS 39236-6026

### DEFICIENCY NOTICE

The Objection to Claim Number 1 and 2 by Mississippi State Tax Commission Notice was electronically filed on behalf of the Debtor on February 3, 2010 (Dkt. #47 & Dkt#49) is deficient for the following reason(s):

- 30-day Notice is required

You should correct this deficiency within (14) days from the date of this notice. Failure to do so may result in the pleading filed by you being stricken and dismissed, or in a show cause hearing.

**DATED**: February 8, 2010

Danny L. Miller, Clerk
U.S. Bankruptcy Court
100 E. Capitol St.
Jackson MS 39201