# United States Bankruptcy Court
## Southern District of Mississippi

**Danny L. Miller**
**Clerk**



**Jackson Office**
P. O. Box 2448
Jackson, MS 39201-2448
Telephone: 601-965-5301

**Gulfport Office**
2012 15th Street
Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

**In Re: Wyatt & McAlister PLLC**

**Case No. 09-04354-ee**
**Chapter 7**

**To Attorney: Vann F Leonard, Esq.**
   **PO Box 16026**
   **Jackson MS 39236-6026**

### DEFICIENCY NOTICE

The Objection to Claim Number 1 and 2 by Mississippi State Tax Commission Notice was electronically filed on behalf of the Debtor on February 3, 2010 (Dkt. #47 & Dkt#49) is deficient for the following reason(s):

• 30-day Notice is required

You should correct this deficiency within (14) days from the date of this notice. Failure to do so may result in the pleading filed by you being stricken and dismissed, or in a show cause hearing.

**DATED**: February 8, 2010

**Danny L. Miller, Clerk**
**U.S. Bankruptcy Court**
**100 E. Capitol St.**
**Jackson MS 39201**

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jthompson            Page 1 of 1                  Date Rcvd: Feb 08, 2010
Case: 09-04354                Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Feb 10, 2010.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2010           Signature:  _Joseph Speetjens_