| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK**<br>(601) 965–5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

MS MARY E. MCALLISTER, ESQUIRE

MR WYATT, ESQUIRE

HON. VANN F. LEONARD, ATTORNEY FOR WYATT & MCALISTER PLLC

HON. LAWRENCE E. ALLISON, ATTORNEY FOR MARY E. MCALLISTER

MR. STEPHEN SMITH, CHAPTER 7 TRUSTEE

HON. EILEEN N. SHAFFER, ATTORNEY TRUSTEE

HON RONALD H. MCALPIN, ASSISTANT U. S. TRUSTEE

**In re:** Wyatt & McAlister PLLC

**Bankruptcy Case No.:** 09–04354–ee

**NOTICE OF TRIAL SETTING**

**NOTICE IS HEREBY GIVEN** that there will be a hearing in the above referenced case on **Friday, March 5, 2010** at **09:30 AM**, or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi on the following matters:

(1) EMERGENCY MOTION TO DISMISS DEBTOR FILED BY PARTNER, MARY E. MCALLISTER (DKT.#6) (2) RESPONSE TO EMERGENCY MOTION TO DISMISS DEBTOR FILED BY VANN F. LEONARD, ATTORNEY FOR WYATT (DKT.#8) .

**YOU ARE FURTHER NOTIFIED THAT THE HEARING WILL BE ELECTRONICALLY RECORDED BY THE BANKRUPTCY COURT FOR THIS TRIAL.**

**PLEASE NOTIFY YOU CLIENTS OF THIS HEARING.**

**DATED:** 2/17/10                                                            **EDWARD ELLINGTON**
                                                                                        **U. S. BANKRUPTCY JUDGE**

hn003ee–trialntc