# IN THE UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **IN BANKRUPTCY NO.** |
| WYATT & McALISTER PLLC | CASE NO. 09-04354-ee |
| | CHAPTER 7 |

VANN F LEONARD, ESQ
PO DRAWER 16026
CLINTON MS 39236-6026

### ORDER TO SHOW CAUSE

TO THE ABOVE NAMED ATTORNEYS:

YOUR ARE HEREBY ORDERED TO APPEAR on TUESDAY, MARCH 2, 2010, at 10:30 A.M. in the Bankruptcy Courtroom, Room 106, 100 E. Capital Street, Jackson, Mississippi, to show cause why disciplinary sanctions should not be imposed pursuant to Uniform Local Rule 17 for failure to comply with the Deficiency Notice issued in the above referenced matter dated January 20, 2010, [Dkt#38].

SO ORDERED.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: February 18, 2010