B6B (Official Form 6B) (12/07)

In re  **Wyatt & McAlister PLLC**                                   ,     Case No. __09-04354__
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bancorp South operating checking account | - | Unknown |
| | | IOLTA account with Bancorp South | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         100.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Wyatt & McAlister PLLC**                           ,   Case No. __09-04354_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Avandia cases referred to Beasley Allen (Montgomery Alabama) unable to ascertain the exact number and value due to the client's files being in possible possession of Mary McAlister | - | Unknown |
| | | David Nutt account receivable 605 Crexcent Blvd, Suite 200. Ridgeland, Ms 39157 | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Wyatt & McAlister PLLC**, Debtor

Case No. **09-04354**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | lap top, desktop, printer and server already given to Trustee (value estimated) | - | 1,500.00 |
| | | ** equipment and furniture removed from former W & M offices with consent and knowldge of trustee and stored at David Nutt's office | - | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total > **1,500.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Wyatt & McAlister PLLC**    Case No. __09-04354__
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | ** client files and cases in possible possession of Mary McAlister | - | Unknown |
| | | personal property per attached | - | Unknown |
| | | ** files located at Derek Wyatt's home | - | Unknown |
| | | ** additional desktop and printer already turned over to the trustee | - | Unknown |

Sub-Total >    0.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Total >    1,600.00

(Report also on Summary of Schedules)

## Items Removed on 12/14/09 from the former offices of
## Wyatt & McAlister, PLLC, 774 Avery Blvd. Suite C, Ridgeland, MS

I. Items as to which W&M's ownership is **not** disputed:

Avaya telephones
Broom and dustpan
Drinking glasses (8)
Framed prints (3)
Lamps (3)
Microwave
Plastic silverware tray
Vacuum
Two boxes of various W&M records, such as blank checks, accounting information, etc.

II. Items as to which W&M's ownership **is** disputed:

| Item | Serial Number | Quantity |
|---|---|---|
| 24 in. monitor | HU24HVLP701482N | 1 |
| 24 in. monitor*[1] | | 1 |
| 24 in. monitor* | | 1 |
| 24 in. monitor* | | 1 |
| 24 in. monitor | HU24HCGPC02938W | 1 |
| 2-hole electric hole punch | | 1 |
| blood testing supplies | | 2 boxes |
| Books on Hurricane Katrina | | |
| bow front wooden desk | | 1 |
| bridge unit to wooden desk | | 1 |

---

[1] Sometime after August 1, 2009, the landlord removed four 24 in. monitors from the former offices of W&M. The landlord returned four monitors to the offices of W&M (without USB/power cords) on or about December 15, 2009. The serial number on three of the four monitors returned by the landlord did not match the serial numbers on the invoices for the purchase of monitors by Nutt & McAlister, PLLC.

| Item | Serial | Qty |
|---|---|---|
| chair mat | | 6 |
| computer | 2UA4230D64 | 1 |
| computer | 2UB41440460 | 1 |
| computer | 2UA7310HSY | 1 |
| computer | MXM6200205 | 1 |
| computer | 2UA7310HSQ | 1 |
| computer | MXL7420H2Q | 1 |
| computer | 2UA7310PXV | 1 |
| Computer | 2UA7310PXS | 1 |
| computer | MXL7230349 | 1 |
| computer | 2UA7310PXP | 1 |
| Corner unit for desk | | 1 |
| credenza to wooden desk | | 1 |
| docking station for meg's old laptop | EN488AA | 1 |
| docking station for wyatt's laptop | EN488UT#ABA | 1 |
| dymo label printer | | 4 |
| Books re E-discovery purchased during Katrina litigation | | |
| Encyclopedia of MS Law | | 1 set |
| green side chairs | | 2 |

| Item | Serial | Quantity |
|---|---|---|
| Herman Miller Chairs | | 4 |
| Hutch | | 1 |
| keyboard | | 8 |
| keyboard tray to wooden desk | | 1 |
| laptop (charlene's old one) | 2T730PNT9X49ATP | 1 |
| laptop (meg's old one) | KRD441010B | 1 |
| laser mouse | | 1 |
| lateral wooden file | | 3 |
| Letter Folding machine | | 1 |
| loveseat | | 1 |
| L-shaped metal desk | | 1 |
| L-Shaped wooden desk | | 3 |
| medical reference books (PDRs, etc.) | | |
| metal file cabinet | | 4 |
| Miss. Practice Series with current pocket parts | | 1 set |
| monitor | AU3A0619035534 | 1 |
| monitor | AU3A0642007142 | 1 |
| MS rules, state and fed. | | |
| MS. Code with current pocket parts | | 2 sets |

3

| | | |
|---|---|---|
| office desk chairs | | 4 |
| painting (red poppy) | | 1 |
| paintings not hung up (water color of bare trees) | | 2 |
| plastic file cart | | 1 |
| printer | TH4421322N | 1 |
| printer | CNBM060667 | 1 |
| printer | CNRXS27844 | 1 |
| printer | CNGJF55064 | 1 |
| printer | CNGRF07289 | 1 |
| printer | USQA008259 | 1 |
| Printer | CN76CC21VH | 1 |
| Printer | SGCD010173 | 1 |
| Printer | JPGGN14567 | 1 |
| seminar materials and law books | | |
| side chairs | | 10 |
| side table | | 3 |
| small coffee table | | 1 |
| small lamp | | 1 |
| small table | | 1 |
| sofa | | 1 |
| sofa table | | 1 |
| tabletop w/drum base | | 2 |

4

| | | |
|---|---|---|
| tv cart(printer stand) | | 2 |
| U-shaped wooden desk | | 2 |
| wooden bookcases | | 16 |
| Wooden closet section | | 1 |
| wooden work table | | 1 |
| Wright & Miller Fed. Pract. & Proc. with current pocket parts | | 1 set |

### III. Mary McAlister's personal property:

Blue and white plastic electric tea pot
Cannon portable printer
Contents of all desk and credenza drawers in the office of Mary McAlister
Various law books, horn books, and treatises in office of Mary McAlister

5

# United States Bankruptcy Court
## Southern District of Mississippi

| | | |
|---|---|---|
| In re   **Wyatt & McAlister PLLC** | Case No. | **09-04354** |
| Debtor(s) | Chapter | **7** |

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __9__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 19, 2010**     Signature  /s/ Derek A. Wyatt
                                                       **Derek A. Wyatt**
                                                     **Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.