| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK**<br>**(601) 965–5301** | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

MS MARY E. MCALLISTER, ESQUIRE

MR WYATT, ESQUIRE

HON. VANN F. LEONARD, ATTORNEY FOR WYATT & MCALISTER PLLC

HON. LAWRENCE E. ALLISON, ATTORNEY FOR MARY E. MCALLISTER

MR. STEPHEN SMITH, CHAPTER 7 TRUSTEE

HON. EILEEN N. SHAFFER, ATTORNEY TRUSTEE

HON RONALD H. MCALPIN, ASSISTANT U. S. TRUSTEE

**In re:** Wyatt & McAlister PLLC

**Bankruptcy Case No.:** 09−04354−ee

### NOTICE OF TRIAL SETTING

**NOTICE IS HEREBY GIVEN** that there will be a hearing in the above referenced case on **Friday, March 5, 2010** at **09:30 AM**, or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi on the following matters:

**(1) EMERGENCY MOTION TO DISMISS DEBTOR FILED BY PARTNER, MARY E. MCALLISTER (DKT.#6) (2) RESPONSE TO EMERGENCY MOTION TO DISMISS DEBTOR FILED BY VANN F. LEONARD, ATTORNEY FOR WYATT (DKT.#8) .**

**YOU ARE FURTHER NOTIFIED THAT THE HEARING WILL BE ELECTRONICALLY RECORDED BY THE BANKRUPTCY COURT FOR THIS TRIAL.**

**PLEASE NOTIFY YOU CLIENTS OF THIS HEARING.**

**DATED:** 2/17/10

**EDWARD ELLINGTON**
**U. S. BANKRUPTCY JUDGE**

hn003ee−trialntc

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: rgreer              Page 1 of 1                  Date Rcvd: Feb 17, 2010
Case: 09-04354                Form ID: hn003ee          Total Noticed: 1

The following entities were noticed by first class mail on Feb 19, 2010.
 intp         +Derek A. Wyatt,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 ptnr          Mary E. McAllister
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 19, 2010**           **Signature:** _Joseph Speetjens_