# IN THE UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **IN BANKRUPTCY NO.** |
| WYATT & McALISTER PLLC | CASE NO. 09-04354-ee |
| | CHAPTER 7 |

VANN F LEONARD, ESQ
PO DRAWER 16026
CLINTON MS 39236-6026

**ORDER TO SHOW CAUSE**

TO THE ABOVE NAMED ATTORNEYS:

YOUR ARE HEREBY ORDERED TO APPEAR on TUESDAY, MARCH 2, 2010, at 10:30 A.M. in the Bankruptcy Courtroom, Room 106, 100 E. Capital Street, Jackson, Mississippi, to show cause why disciplinary sanctions should not be imposed pursuant to Uniform Local Rule 17 for failure to comply with the Deficiency Notice issued in the above referenced matter dated January 20, 2010, [Dkt#38].

SO ORDERED.

Edward Ellington
United States Bankruptcy Judge
Dated: February 18, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jthompson           Page 1 of 1                 Date Rcvd: Feb 18, 2010
Case: 09-04354                Form ID: pdf012           Total Noticed: 1

The following entities were noticed by first class mail on Feb 20, 2010.
db            +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2010**                          **Signature:** _Joseph Speetjens_