## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: WYATT & McALISTER PLLC**                    **CHAPTER 7 PROCEEDING**
                                                     **CASE NO. 09-04354-ee**

### AMENDED NOTICE

YOU ARE HEREBY NOTIFIED that on February 3, 2010, Debtor Wyatt & McAlister filed

its Objection (Docket No. 49) to the Proof of Claim (Claim No. 2) filed by the Mississippi State Tax

Commission in the above referenced Chapter 7 proceeding.

YOU ARE FURTHER NOTIFIED that any response to said Objection must be made in

writing to the Clerk of this Court, Post Office Drawer 2448, Jackson, Mississippi, 39225-2448, with

a copy mailed to the Office of the United States Trustee, the Chapter 7 Case Trustee, and the attorney

for the Debtor, Vann F. Leonard, at the respective addresses listed hereinbelow.

YOU ARE FURTHER NOTIFIED that any response to said Objection must be made within

thirty (30) days of the date of this Notice.

YOU ARE FURTHER NOTIFIED that should no response to said Objection be timely filed,

the Court will be requested to enter its Order *ex parte* denying said Proof of Claim.

DATED this the 23rd day of February, 2010.

                                        Respectfully submitted,

                                        WYATT & McALISTER PLLC


                              By:    s/ Vann F. Leonard
                                     Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty T. Slade DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 956-8001
FAX (601) 978-1770

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be mailed by prepaid First Class United States

Mail a true and correct copy of the above and foregoing Amended Notice electronically filed with

the Clerk of this Court using the ECF system, to the following persons named below:

      Office of the United States Trustee
      Attention: Ronald H. McAlpin, Esquire - ronald.mcalpin@usdoj.gov
      100 West Capitol Street, Suite 706
      Jackson, Mississippi  39269

      J. Stephen Smith, CPA - trustee1@smithcpafirm.com
      Chapter 7 Case Trustee
      5 Old River Place, Ste 107
      Jackson, Mississippi  39202

      Mississippi State Tax Commission
      Attention: Bankruptcy Section
      Post Office Box 22808
      Jackson, Mississippi 39225

      Lawrence E. Allison, Jr., Esquire - lallison@brunini.com
      Brunini, Grantham, Grower & Hewes, PLLC
      Post Office Drawer 119
      Jackson, Mississippi  39205

DATED this the 23rd day of February, 2010.


                  s/ Vann F. Leonard