# AMENDED MATRIX

WYATT & MCALISTER PLLC
102 NORTHLAKE LANE
MADISON, MS 39110

ENTERGY
P.O. BOX 61825
NEW ORLEANS, LA 70161-1825

* MOSS & BARNETT
4800 WELLS FARGO CENTE
90 S SEVENTH STREET
MINNEAPOLIS, MN 55402

VANN F. LEONARD
VANN F. LEONARD
PO BOX 16026
JACKSON, MS 39236

* ENTERGY
P.O. BOX 8105
BATON ROUGE, LA 70891-8105

* MS EMPLOYMENT SEC COMM
P.O. BOX 1699
JACKSON, MS 39215-1699

* ATT
PO BOX 538695
ATLANTA, GA 30353-8695

FED EX
REV RECOV
PO BOX 94515
PALATINE, IL 60094-4515

* NEW ENGLAND FINANCIAL
PO BOX 7250
JOHNSTOWN, PA 15907-725

BANCORPSOUTH
P.O. BOX 6
TUPELO, MS 38802

* FEDEX FREIGHT
P.O. BOX 406708
ATLANTA, GA 30384-6708

* PACER
PO BOX 70951
CHARLOTTE, NC 28272-095

* BANCORPSOUTH
2910 W JACKSON ST
TUPELO, MS 38801

* HEALTHPORT
P.O. BOX 409740
ATLANTA, GA 30384

PITNEY-BOWES CREDIT CO
P.O. BOX 85460
LOUISVILLE, KY 40285-54

BLUE CROSS BLUE SHIELD
P.O. BOX 1043
JACKSON, MS 39215-1043

* KIM TURNER
PO BOX 4680
JACKSON, MS 39296

* SOUTHERN TELECOMMUNICA
PO BOX 12865
JACKSON, MS 39236

BUSINESS COMMUNICATION
442 HIGHLAND COLONY PK
RIDGELAND, MS 39157

* MARY MCALISTER
LARRY ALLISON
PO BOX 119
JACKSON, MS 39205

* STATE FARM INSURANCE
100 STATE FARM PARKWAY
BIRMINGHAM, AL 35297-00

CAROUSEL DEVELOPMENT
SUITES C AND D
774 AVERY BLVD
RIDGELAND, MS 39157

* MISSISSIPPI TAX COMMIS
P.O. BOX 1033
JACKSON, MS 39215

TRS RECOVERY
P.O. BOX 4812
HOUSTON, TX 77210-4812

* DEREK WYATT
102 NORTHLAKE LANE
MADISON, MS 39110

MISSISSIPPI TAX COMMIS
P.O. BOX 22808
JACKSON, MS 39225-2808

* WEST PUBLISHING
610 OPPERMAN DRIVE
EAGAN, MN 55123

```
WFS LEASING
15 KATHERINE STREET
LAUREL, MS 39440


XPHONE
P.O. BOX 10730
79408-3730
```