# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CHAPTER 7

WYATT & McALISTER PLLC  CASE NO. 0904354EE

## ORDER DISMISSING
## *ORDER TO SHOW CAUSE*

**THIS MATTER** came before the Court on the *Order to Show Cause* why disciplinary sanctions should not be imposed for failure to cure the deficiency as specified in the Notice of Deficiency dated January 20, 2010, and having considered that the deficiency has been cured, the Court finds that the *Order to Show Cause* should be dismissed.

**IT IS THEREFORE ORDERED** that the *Order to Show Cause* entered herein on February 18, 2010, is hereby dismissed.

**SO ORDERED.**