IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CHAPTER 7

WYATT & McALISTER PLLC CASE NO. 0904354EE

**ORDER DISMISSING**
*ORDER TO SHOW CAUSE*

**THIS MATTER** came before the Court on the *Order to Show Cause* why disciplinary sanctions should not be imposed for failure to cure the deficiency as specified in the Notice of Deficiency dated January 20, 2010, and having considered that the deficiency has been cured, the Court finds that the *Order to Show Cause* should be dismissed.

**IT IS THEREFORE ORDERED** that the *Order to Show Cause* entered herein on February 18, 2010, is hereby dismissed.

**SO ORDERED.**

_____
Edward Ellington
United States Bankruptcy Judge
Dated: February 24, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: jthompson              Page 1 of 1                  Date Rcvd: Feb 24, 2010
Case: 09-04354                 Form ID: pdf012              Total Noticed: 1

The following entities were noticed by first class mail on Feb 26, 2010.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**                    **Signature:** _Joseph Speetjens_