| D<small>ANNY</small> L. M<small>ILLER</small><br>C<small>LERK</small><br><br>(601) 965-5301 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>JACKSON, MISSISSIPPI 39225-2448 | M<small>AILING</small> A<small>DDRESS</small>:<br>P. O. B<small>OX</small> 2488<br><br>S<small>TREET</small> A<small>DDRESS</small>:<br>100 E<small>AST</small> C<small>APITOL</small> S<small>TREET</small> |
|---|---|---|

**I<small>N</small> R<small>E</small>:**   Wyatt & McAlister PLLC                **C<small>ASE</small> N<small>O</small>.: 09-04354-ee**
                                                                                **Chapter 7**

**TO:**   Van F Leonard, Esquire
          PO BOX 16026
          Jackson, MS 39236-6026

## DEFICIENCY NOTICE

The Notice of Creditors Added by Amendment filed February 19, 2010 (Dkt#56), is **DEFECTIVE** for the following reason(s):

  ☒   Failure to Notice allowing 21 days for objections

Failure to cure deficiency on/or before March 15, 2010, may result in the dismissal of the Notice of Creditors Added by Amendment without further notice or hearing.

**D<small>ATED</small>:**   March 1, 2010                **D<small>ANNY</small> L. M<small>ILLER</small>, C<small>LERK</small>**

                   /s/ Jennifer Thompson
                  B<small>Y</small>: J<small>ENNIFER</small> T<small>HOMPSON</small>, D<small>EPUTY</small> C<small>LERK</small>
                    601-965-5301 x 147