DANNY L. MILLER
CLERK

(601) 965-5301

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON, MISSISSIPPI  39225-2448

MAILING ADDRESS:
P. O. BOX 2488

STREET ADDRESS:
100 EAST CAPITOL STREET

**IN RE:**    Wyatt & McAlister PLLC

**CASE NO.:** 09-04354-ee
**Chapter 7**

**TO:**    Van F Leonard, Esquire
PO BOX 16026
Jackson, MS 39236-6026

## DEFICIENCY NOTICE

The Notice of Creditors Added by Amendment filed February 19, 2010 (Dkt#56), is **DEFECTIVE** for the following reason(s):

☒    Failure to Notice allowing 21 days for objections

Failure to cure deficiency on/or before March 15, 2010, may result in the dismissal of the Notice of Creditors Added by Amendment without further notice or hearing.

**DATED:**    March 1, 2010

**DANNY L. MILLER, CLERK**

/s/ Jennifer Thompson
BY: JENNIFER THOMPSON, DEPUTY CLERK
      601-965-5301 x 147

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: jthompson             Page 1 of 1                  Date Rcvd: Mar 01, 2010
Case: 09-04354                 Form ID: pdf012             Total Noticed: 1

The following entities were noticed by first class mail on Mar 03, 2010.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2010**          **Signature:** _Joseph Speetjens_