# NUTT & McALISTER, P.L.L.C.

David H. Nutt                                                                    Mary E. McAlister°

°*also licensed in Louisiana*

January 6, 2009

**Via Electronic mail only: Cathy.Perry@BeasleyAllen.com**
**Beasley, Allen, Methvin, Portis & Miles, P.C.**
**Cathy Perry**
**234 Commerce Street**
**Montgomery, AL 36104**

Re:    Avandia Referrals

Dear Ms. Perry:

Please find attached the following seven Avandia client files that we would like to refer to your office.

1. Charles Broom;
2. Birdie Lee Chadwick;
3. Vanessa Evans;
4. Earl Everett, Jr.
5. Phyllis McCoy
6. Ernest Reedy
7. Carlene Smith

In anticipation of your office accepting these referrals, we have enclosed herewith Beasley-Allen client questionnaires and medical authorizations. It is our understanding that the referral fee is one-third for clients for whom we have obtained a Beasley-Allen contract, client questionnaire and medical authorizations. To preserve our one-third fee, we will obtain a signed Beasley-Allen contract once your office makes a decision whether or not to accept these referrals. Please let us know as soon as possible whether or not your office accepts these referrals.

If you should have any questions, please contact us.

Sincerely,

*Mary E. McAlister*

Mary E. McAlister

MEM/bc
Attachments

**Exhibit 40**

# Charles Edward Broom

# ROSIGLITAZONE (AVANDIA) QUESTIONNAIRE

**NOTE: PLEASE ANSWER ALL QUESTIONS IN FULL. WE CANNOT ORDER YOUR MEDICAL RECORDS AND BEGIN OUR INVESTIGATION WITHOUT THE MONTH AND YEAR YOU BEGAN TAKING AVANDIA AND STOPPED TAKING AVANDIA AND THE MONTH AND YEAR YOU WERE DIAGNOSED.**

## CLIENT INFORMATION:

Name: _Charles Edward Broom_ Spouse's Name: _Deceased_

Street Address: _1710 Orchard Drive_

City/State/Zip: _Columbia MS 39429_  County: _Marion_

Home Telephone: _601-736-6730_ Cell: _____  Work Telephone: _N/A_

DOB: _05_ / _05_ / _1931_  SSN: ▒▒▒▒▒▒▒  Reference No.: _____
    month  date  year

Height: _5'9"_  Weight: _180_

Marital Status:       Single       Married       Divorced       (Widowed)

Employment Status:    Full-time    Part-time     Disabled       (Retired)

Name of Employer: _N/A_

## ALTERNATE CONTACT:

| Alternate Contact Person (outside of home) |
| --- |
| **\*IMPORTANT INFORMATION MUST BE FILLED IN\*** |

Name _Charlotte Hibley_        Home Phone _601-736-6178_
Address _39 Barber Dr_         Work Phone _601-441-3964_
City/State/ZIP: _Columbia MS 39429_  Relation to Client: _Daughter_

## DECEDENT INFORMATION:  _N/A_
(IF YOU ARE FILING ON BEHALF OF A *DECEASED PATIENT*, PLEASE COMPLETE THE INFORMATION BELOW)

Name of Deceased Patient: _____  Relationship to Client: _____

Date of Birth: ___/___/_____  Date of Death: ___/___/_____  SSN: _____-___-____

What was the cause of death, as listed on the Death Certificate?
_____

Was an autopsy performed? (Please circle)        YES        NO

**Because of privacy rules under The Health Insurance Portability Act (HIPPA), Public Law 104-191, August 21, 1996, and lack of relevance to McAlister's Motion to Dismiss, only pages 1 and 2 of the enclosures are included in this Exhibit, and the remaining 56 pages of enclosures to Avandia client Charles Edward Broom's referral letter are omitted.**

Nutt & McAlister Avandia Referral

# Birdie Lee Chadwick

# ROSIGLITAZONE (AVANDIA) QUESTIONNAIRE

**NOTE: PLEASE ANSWER ALL QUESTIONS IN FULL. WE CANNOT ORDER YOUR MEDICAL RECORDS AND BEGIN OUR INVESTIGATION WITHOUT THE MONTH AND YEAR YOU BEGAN TAKING AVANDIA AND STOPPED TAKING AVANDIA AND THE MONTH AND YEAR YOU WERE DIAGNOSED.**

## CLIENT INFORMATION:

Name: Birdie Lee Chadwick    Spouse's Name: N/A

Street Address: 3437 Mt. Pleasant

City/State/Zip: Houston, TX 77021-5505    County: Harris

Home Telephone: 713-748-2473    Cell: _____    Work Telephone: _____

DOB: 11 / 29 / 1919    SSN: ▮▮▮▮▮▮▮    Reference No.: _____
month  date  year

Height: 5'4"    Weight: 170#

Marital Status:    Single    Married    (Divorced)    Widowed

Employment Status:    Full-time    Part-time    Disabled    (Retired)

Name of Employer: _____

## ALTERNATE CONTACT:

Alternate Contact Person (outside of home)
**\*IMPORTANT INFORMATION MUST BE FILLED IN\***

Name: Annie Mae Mack    Home Phone: 713-747-3430
Address: 5143 Baskin    Work Phone: _____
City/State/ZIP: Houston, TX 77021    Relation to Client: _____

## DECEDENT INFORMATION:

(IF YOU ARE FILING ON BEHALF OF A *DECEASED PATIENT*, PLEASE COMPLETE THE INFORMATION BELOW)    N/A

Name of Deceased Patient: _____    Relationship to Client: _____

Date of Birth: ___/___/___    Date of Death: ___/___/___    SSN: ___-___-___

What was the cause of death, as listed on the Death Certificate?

_____

Was an autopsy performed? (Please circle)    YES    NO

**Because of privacy rules under The Health Insurance Portability Act (HIPPA), Public Law 104-191, August 21, 1996, and lack of relevance to McAlister's Motion to Dismiss, only pages 1 and 2 of the enclosures are included in this Exhibit, and the remaining 239 pages of enclosures to Avandia client Birdie Lee Chadwick's referral letter are omitted.**

Nutt & McAlister Avandia Referral

# Vanessa Evans

# ROSIGLITAZONE (AVANDIA) QUESTIONNAIRE

**NOTE: PLEASE ANSWER ALL QUESTIONS IN FULL. WE CANNOT ORDER YOUR MEDICAL RECORDS AND BEGIN OUR INVESTIGATION WITHOUT THE MONTH AND YEAR YOU BEGAN TAKING AVANDIA AND STOPPED TAKING AVANDIA AND THE MONTH AND YEAR YOU WERE DIAGNOSED.**

## CLIENT INFORMATION:

Name: Vanessa B. Evans    Spouse's Name: _____

Street Address: 432 Little I-20 Road

City/State/Zip: Lawrence MS 39336 County: _____

Home Telephone: 601-683-3498    Cell: _____    Work Telephone: none

DOB: 08 / 30 / 1973    SSN: ~~████████~~    Reference No.: _____
 month  date  year

Height: 5'3"    Weight: 230 lbs

Marital Status:    (Single)    Married    Divorced    Widowed

Employment Status:    Full-time    Part-time    Disabled    Retired    Not employed

Name of Employer: _____

## ALTERNATE CONTACT:

Alternate Contact Person (outside of home)
**\*IMPORTANT INFORMATION MUST BE FILLED IN\***

Name: Irma Walker    Home Phone: 601-683-4842
Address: _____    Work Phone: _____
City/State/ZIP: _____    Relation to Client: _____

## DECEDENT INFORMATION: N/A

**(IF YOU ARE FILING ON BEHALF OF A *DECEASED PATIENT*, PLEASE COMPLETE THE INFORMATION BELOW)**

Name of Deceased Patient: _____    Relationship to Client: _____

Date of Birth: ___ / ___ / ___    Date of Death: ___ / ___ / ___    SSN: ___-___-___

What was the cause of death, as listed on the Death Certificate? _____

Was an autopsy performed? (Please circle)    YES    NO

**Because of privacy rules under The Health Insurance Portability Act (HIPPA), Public Law 104-191, August 21, 1996, and lack of relevance to McAlister's Motion to Dismiss, only pages 1 and 2 of the enclosures are included in this Exhibit, and the remaining 24 pages of enclosures to Avandia client Vanessa Evans' referral letter are omitted.**

Nutt & McAlister Avandia Referral

# Earl Everette, Jr.

# ROSIGLITAZONE (AVANDIA) QUESTIONNAIRE

**NOTE: PLEASE ANSWER ALL QUESTIONS IN FULL. WE CANNOT ORDER YOUR MEDICAL
RECORDS AND BEGIN OUR INVESTIGATION WITHOUT THE MONTH AND YEAR YOU BEGAN
TAKING AVANDIA AND STOPPED TAKING AVANDIA AND THE MONTH AND YEAR YOU WERE
DIAGNOSED.**

## CLIENT INFORMATION:

Name: Lewis Earl Everett, Jr.    Spouse's Name: N/A

Street Address: 3802 Highland Avenue

City/State/Zip: Meridian, MS 39305    County: Lauderdale

Home Telephone: 601-483-3275 Cell: _____ Work Telephone: _____

DOB: 1 / 20 / 1963 SSN: ████████ Reference No.: _____
    month date    year

Height: 5'8"    Weight: 235#

Marital Status: (Single)    Married    Divorced    Widowed

Employment Status: (Full-time)    Part-time    Disabled    Retired

Name of Employer: City of Meridian

## ALTERNATE CONTACT:

| Alternate Contact Person (outside of home) |
| :-- |
| **\*IMPORTANT INFORMATION MUST BE FILLED IN\*** |

Name Lewis & Joyce Everett    Home Phone 601- 483 - 7988
Address 105 Pinewood Drive    Work Phone _____
City/State/ZIP: Newton, MS 39345    Relation to Client: _____

## DECEDENT INFORMATION :
(IF YOU ARE FILING ON BEHALF OF A *DECEASED PATIENT*, PLEASE COMPLETE THE INFORMATION
BELOW)    N/A

Name of Deceased Patient: _____ Relationship to Client: _____

Date of Birth: __ / __ / ____ Date of Death: ___ / ___ / ____ SSN: _____-___-____

What was the cause of death, as listed on the Death Certificate?
_____

Was an autopsy performed? (Please circle)    YES    NO

**Because of privacy rules under The Health Insurance Portability Act (HIPPA), Public Law 104-191, August 21, 1996, and lack of relevance to McAlister's Motion to Dismiss, only pages 1 and 2 of the enclosures are included in this Exhibit, and the remaining 47 pages of enclosures to Avandia client Earl Everette Jr.'s referral letter are omitted.**

Nutt & McAlister Avandia Referral

# Phyllis McCoy

# ROSIGLITAZONE (AVANDIA) QUESTIONNAIRE

**NOTE: PLEASE ANSWER ALL QUESTIONS IN FULL. WE CANNOT ORDER YOUR MEDICAL RECORDS AND BEGIN OUR INVESTIGATION WITHOUT THE MONTH AND YEAR YOU BEGAN TAKING AVANDIA AND STOPPED TAKING AVANDIA AND THE MONTH AND YEAR YOU WERE DIAGNOSED.**

**CLIENT INFORMATION:**

Name: Phyllis McCoy                 Spouse's Name: n/a

Street Address: 908 Anise St.

City/State/Zip: DeQuincy, LA 70633    County: Calcasieu

Home Telephone: 337-786-3233 Cell: 337-884-2754 Work Telephone: _____

DOB: 1 / 15 / 1967    SSN: ~~████████~~    Reference No.: _____
         month date year

Height: 5' 3"    Weight: 303#

Marital Status:    (Single)    Married    Divorced    Widowed

Employment Status:    Full-time    Part-time    (Disabled)    Retired

Name of Employer: not employed

**ALTERNATE CONTACT:**

| Alternate Contact Person (outside of home) |
| --- |
| **\*IMPORTANT INFORMATION MUST BE FILLED IN\*** |

Name Cheryl McCoy                 Home Phone 337-396-1239
Address 815 Bond Rd.               Work Phone _____
City/State/ZIP: DeQuincy, LA 70633    Relation to Client: _____

**DECEDENT INFORMATION :**
**(IF YOU ARE FILING ON BEHALF OF A *DECEASED PATIENT*, PLEASE COMPLETE THE INFORMATION BELOW)**    N|A

Name of Deceased Patient: _____    Relationship to Client: _____

Date of Birth: ___ / ___ / ___    Date of Death: ___ / ___ / ___    SSN: ___ - ___ - ___

What was the cause of death, as listed on the Death Certificate?
_____

Was an autopsy performed? (Please circle)    YES    NO

**Because of privacy rules under The Health Insurance Portability Act (HIPPA), Public Law 104-191, August 21, 1996, and lack of relevance to McAlister's Motion to Dismiss, only pages 1 and 2 of the enclosures are included in this Exhibit, and the remaining 14 pages of enclosures to Avandia client Phyllis McCoy's referral letter are omitted.**

Nutt & McAlister Avandia Referral

# Ernest Reedy

# ROSIGLITAZONE (AVANDIA) QUESTIONNAIRE

**NOTE: PLEASE ANSWER ALL QUESTIONS IN FULL. WE CANNOT ORDER YOUR MEDICAL RECORDS AND BEGIN OUR INVESTIGATION WITHOUT THE MONTH AND YEAR YOU BEGAN TAKING AVANDIA AND STOPPED TAKING AVANDIA AND THE MONTH AND YEAR YOU WERE DIAGNOSED.**

## CLIENT INFORMATION:

Name: Ernest N. Reedy                Spouse's Name: N/A

Street Address: 1113 Rolling Hills Dr.

City/State/Zip: New Albany, MS 38652   County: Union

Home Telephone: 662-539-0622 Cell: _____ Work Telephone: _____

DOB: 12 / 15 / 1926   SSN: ~~_____~~   Reference No.: _____
   month  date  year

Height: 6' 1"   Weight: 247#

Marital Status:     Single     Married     Divorced     (Widowed)

Employment Status:   Full-time   Part-time   Disabled   (Retired)

Name of Employer: _____

---

## ALTERNATE CONTACT:

Alternate Contact Person (outside of home)
**\*IMPORTANT INFORMATION MUST BE FILLED IN\***

Name Larry N. Reedy                Home Phone _____
Address P.O. Box 312               Work Phone _____
City/State/ZIP: New Albany, MS 38652   Relation to Client: _____

## DECEDENT INFORMATION :
(IF YOU ARE FILING ON BEHALF OF A *DECEASED PATIENT*, PLEASE COMPLETE THE INFORMATION BELOW)      N/A

Name of Deceased Patient: _____ Relationship to Client: _____

Date of Birth: ___/___/___   Date of Death: ___/___/___   SSN: ___-___-___

What was the cause of death, as listed on the Death Certificate?
_____

Was an autopsy performed? (Please circle)        YES        NO

**Because of privacy rules under The Health Insurance Portability Act (HIPPA), Public Law 104-191, August 21, 1996, and lack of relevance to McAlister's Motion to Dismiss, only pages 1 and 2 of the enclosures are included in this Exhibit, and the remaining 151 pages of enclosures to Avandia client Ernest Reedy's referral letter are omitted.**

Nutt & McAlister Avandia Referral

# Carlene Smith

# ROSIGLITAZONE (AVANDIA) QUESTIONNAIRE

**NOTE: PLEASE ANSWER ALL QUESTIONS IN FULL. WE CANNOT ORDER YOUR MEDICAL RECORDS AND BEGIN OUR INVESTIGATION WITHOUT THE MONTH AND YEAR YOU BEGAN TAKING AVANDIA AND STOPPED TAKING AVANDIA AND THE MONTH AND YEAR YOU WERE DIAGNOSED.**

## CLIENT INFORMATION:

Name: Carlene Smith            Spouse's Name: n/a

Street Address: 3059 Louisville Rd.

City/State/Zip: Sturgis, MS 39769        County: Oktibbeha

Home Telephone: 662-465-7549 Cell: _____ Work Telephone: _____

DOB: 6 /12 /1934   SSN: ███████████   Reference No.: _____
    month  date  year

Height: 5' 2"   Weight: 145

Marital Status:      Single      Married      Divorced      (Widowed)

Employment Status:   Full-time   Part-time   Disabled   (Retired)

Name of Employer: _____

## ALTERNATE CONTACT:

| Alternate Contact Person (outside of home) |
| --- |
| **\*IMPORTANT INFORMATION MUST BE FILLED IN\*** |

Name Walter Smith            Home Phone 662-465-8622
Address 3400 Morgantown Rd.      Work Phone _____
City/State/ZIP: Sturgis, MS 39769   Relation to Client: _____

## DECEDENT INFORMATION:

**(IF YOU ARE FILING ON BEHALF OF A *DECEASED PATIENT*, PLEASE COMPLETE THE INFORMATION BELOW)**

Name of Deceased Patient: _____ Relationship to Client: _____

Date of Birth: ___/___/_____ Date of Death: ___/___/_____ SSN: _____-___-_____

What was the cause of death, as listed on the Death Certificate?

_____

Was an autopsy performed? (Please circle)      YES      NO

**Because of privacy rules under The Health Insurance Portability Act (HIPPA), Public Law 104-191, August 21, 1996, and lack of relevance to McAlister's Motion to Dismiss, only pages 1 and 2 of the enclosures are included in this Exhibit, and the remaining 10 pages of enclosures to Avandia client Carlene Smith's referral letter are omitted.**