**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: WYATT & McALISTER PLLC**  **CHAPTER 7 PROCEEDING**
**CASE NO. 09-04354-ee**

**AMENDED NOTICE TO CREDITORS OF ADDITION TO MAILING MATRIX
AND OF AMENDMENT OF SCHEDULES**

TO:   Office of the United States Trustee
      Attention: Ronald H. McAlpin, Esquire
      100 West Capitol Street, Suite 706
      Jackson, Mississippi   39269

      J. Stephen Smith, CPA
      Chapter 7 Case Trustee
      5 Old River Place, Ste 107
      Jackson, Mississippi   39202

      AT&T
      Post Office Box 538695
      Atlanta, Georgia   30353-8695

      BancorpSouth
      2910 West Jackson Street
      Tupelo, Mississippi   38801

      Derek Wyatt
      102 Northlake Lane
      Madison, Mississippi   39110

      Entergy
      Post Office Box 8105
      Baton Rouge, Louisiana   70891-8105

      Fedex Freight
      Post Office Box 406708
      Atlanta, Georgia   30384-6708

      Healthport
      Post Office Box 409740
      Atlanta, Georgia   30384

      Kim Turner, Esq.
      Post Office Box 4680
      Jackson, Mississippi   39296

Mary McAlister
c/o Lawrence E. Allison, Jr., Esq.
Post Office Drawer 119
Jackson, Mississippi   39205

Mississippi Tax Commission
Post Office Box 1033
Jackson, Mississippi   39215

Moss & Barnett
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota   55402

Mississippi Employment Security Commission
Post Office Box 1699
Jackson, Mississippi   39215-1699

New England Financial
Post Office Box 7250
Johnstown, Pennsylvania 15907

PACER
Post Office Box 70951
Charlotte, North Carolina   28272-9051

Southern Telecommunications
Post Office Box 12865
Jackson, Mississippi   39236

State Farm Insurance
100 State Farm Parkway
Birmingham, Alabama   35297

West Publishing
610 Opperman Drive
Eagan, Minnesota   55123

YOU ARE HEREBY NOTIFIED that on February 19, 2010, the Debtor filed with the Bankruptcy Court an Amendment of Schedules, including a copy of the §341(a) First Meeting of Creditors and the amended schedules, and an Amended Mailing Matrix (See Docket No. 56).

YOU ARE FURTHER NOTIFIED that if you wish to examine the Debtor under oath, you must request of the U. S. Trustee an adjourned §341(a) First Meeting of Creditors.  Said request must be made within 21 days of the date of this notice.

YOU ARE FURTHER NOTIFIED that any creditor who may be affected has 60 days from the date of this notice to file a Complaint objecting to discharge under 11 U.S.C. §727 of the U. S. Bankruptcy Code or to determine the dischargeability of a particular debt under 11 U.S.C. §523 of the U. S. Bankruptcy Code or to file a Motion to seek an extension of time for filing such a Complaint, unless a longer period of time is provided by Fed.R.Bankr.P. 4004, 4007 and 9006.

YOU ARE FURTHER NOTIFIED that as an added creditor you have 90 days from the date hereof this notice to file a Proof of Claim or the date previously set for the filing of Proofs of Claim, whichever is later.

DATED this the 31st day of March, 2010.

Respectfully submitted,

WYATT & McALISTER PLLC


By:    s/ Vann F. Leonard
       Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty T. Slade DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi  39236-6026
(601) 956-8001
FAX (601) 978-1770

CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be mailed by prepaid First Class United States Mail a true and correct copy of the above and foregoing Amended Notice to Creditors of Addition to Mailing Matrix and of Amendment of Schedules electronically filed with the Clerk of this Court using the ECF system, to the following persons or entities named hereinabove:

DATED this the 31st day of March, 2010.


s/ Vann F. Leonard