IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                    CHAPTER 7

WYATT & McALISTER, PLLC,
DEBTOR                                                                                     CASE NO. 09-04354-EE

NOTICE OF CORRECTED
CERTIFICATE OF SERVICE FOR SERVICE OF
MEMORANDUM OF MARY McALISTER
IN SUPPORT OF MOTION TO DISMISS

     PLEASE TAKE NOTICE that the Memorandum of Mary McAlister in Support of Motion to Dismiss [Dkt #73], together with the exhibits thereto [Dkt #s 73-1 and 73-2], were filed in this case electronically on March 30, 2010, through the Court's ECF system, and were electronically served on all parties enlisted to receive service electronically.

     However, the Certificate of Service erroneously certified that copies were also separately served on that same date by electronic mail and by first class United States mail, postage prepaid, on certain parties listed in the Certificate. Copies were separately served on those parties by electronic mail and by United States mail, postage prepaid, on this date.

     This the  31st  day of March, 2010.

                                       /s/  Lawrence E. Allison, Jr.

OF COUNSEL:

Christopher A. Shapley (MSB #6733)
Lawrence E. Allison, Jr. (MSB #1534)
Joseph A. Sclafani (MSB #99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, MS  39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
E-mail: cshapley@brunini.com
E-mail: lallison@brunini.com
E-mail: Jsclafani@brunini.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for Mary McAlister, certify that I have this day caused the above and foregoing Notice to be filed electronically through the Court's ECF system, and that it was served electronically on all parties enlisted to receive service in this case electronically.

I further certify that I have also caused the Notice, as well as the documents referred to therein, to be separately served by electronic mail and by first class United States Mail, postage prepaid, on the following persons:

>Vann F. Leonard
>P. O. Box 16026
>Jackson, MS  39236-6026
>E-mail:  vfllaw@bellsouth.net
>
>Derek Wyatt
>Wyatt Law PLLC
>102 Northlake Lane
>Madison, MS 39110
>E-mail: dwyatt@wyattlawpllc.com
>
>Eileen N. Shaffer
>401 E. Capitol Street, Suite 316
>P. O. Box 1177
>Jackson, MS  39215-1177
>E-mail: enslaw@bellsouth.net
>
>Stephen Smith
>5 Old River Place, Suite 107
>Jackson, MS  39202-3449
>E-mail: trustee1@smithcpafirm.com
>
>Ronald H. McAlpin
>Assistant U.S. Trustee
>A. H. McCoy Federal Building, Suite 706
>100 W. Capitol Street, Suite 706
>Jackson, MS 39269
>E-mail:  Ronald.McAlpin@usdoj.gov

THIS the   31st   day of March, 2010.

 /s/  Lawrence E. Allison, Jr.