**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: WYATT & McALISTER PLLC**　　　　　　　**CHAPTER 7 PROCEEDING**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 09-04354-ee**

**NOTICE OF CORRECTED
CERTIFICATE OF SERVICE FOR SERVICE OF
MEMORANDUM OF WYATT & McALISTER, PLLC
<u>IN OPPOSITION OF MOTION TO DISMISS</u>**

　　　PLEASE TAKE NOTICE that the Memorandum of Wyatt & McAlister, PLLC in Opposition of Motion to Dismiss [Dkt #73] was filed in this case electronically on March 30, 2010, through the Court's ECF system, and was electronically served on all parties enlisted to receive service electronically.

　　　However, the Certificate of Service erroneously certified that copies were also separately served on that same date by electronic mail and by first class United States mail, postage prepaid, on certain parties listed in the Certificate.  Copies were separately served on those parties by electronic mail and by United States mail, postage prepaid, on this date.

　　　This the 5th day of April, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Vann F. Leonard</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

OF COUNSEL:

Vann F. Leonard, MSB No. 9611
Betty T. Slade DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 956-8001
FAX (601) 206-9500

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for Wyatt & McAlister, PLLC, certify that I have this day caused the above and foregoing Notice to be filed electronically through the Court's ECF system, and that it was served electronically on all parties enlisted to receive service in this case electronically.

I further certify that I have also caused the Notice, as well as the documents referred to therein, to be separately served by electronic mail and first class United States Mail, postage prepaid, on the following persons:

Lawrence E. Allison, Jr., Esquire- **lallison@brunini.com**
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205

Office of the United States Trustee
Attention: Ronald H. McAlpin, Esquire- **ronald.mcalpin@usdoj.gov**
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269

Eileen N. Shaffer – **enslaw@bellsouth.net**
401 E. Capitol Street, Suite 316
P.O. Box 1177
Jackson, MS 39215-1177

J. Stephen Smith, CPA- **trustee1@smithcpafirm.com**
Chapter 7 Cast Trustee
5 Old River Place, Ste 107
Jackson, Mississippi 39202

DATED this the 5th day of April, 2010.

/s/Vann F. Leonard