**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: WYATT & McALISTER PLLC** | **CHAPTER 7 PROCEEDING** |
| | **CASE NO. 09-04354-ee** |

**NOTICE OF CORRECTED CERTIFICATE
OF SERVICE FOR SERVICE OF MEMORANDUM
OF INTERESTED PARTY FILER DEREK A. WYATT
IN OPPOSITION TO MARY McALISTER'S MOTION TO DISMISS**

      PLEASE TAKE NOTICE that the Memorandum of Law by Interested Party Filer Derek A. Wyatt, in Opposition to Mary McAlister's Motion to Dismiss [Dkt #75], together with attachments marked as exhibits 1-40, was filed in this case electronically on March 31, 2010, through the Court's ECF system, and was electronically served on all parties enlisted to receive service electronically.

      However, due to technical difficulty in filing the Memorandum [Dkt #75] on March 30, 2010, the Certificate of Service erroneously reflected a date of service of March 30, 2010. This notice is to correct the Certificate to accurately reflect the actual date of service.

      This the 5th day of April, 2010.

                                            /s/ Derek A. Wyatt, *pro se*
                                            for Derek A. Wyatt, Interested Party Filer

OF COUNSEL:

Derek A. Wyatt, MSB No. 7413
102 Northlake Lane
Madison, Mississippi 39110
(601) 954-1140
dwyatt@wyattlawpllc.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney for Derek A. Wyatt, Interested Party Filer, certify that I have this day caused the above and foregoing Notice to be filed electronically through the Court's ECF system, and served electronically on all parties enlisted to receive service in this case electronically, as follows:

      Vann F. Leonard
      P. O. Box 16026
      Jackson, MS 39236-6026
      vfllaw@bellsouth.net

      Lawrence E. Allison, Jr.
      Brunini, Grantham, Grower &
      Hewes, PLLC
      Post Office Drawer 119
      Jackson, Mississippi 39205
      lallison@brunini.com

      Eileen N. Shaffer
      401 E. Capitol Street, Suite 316
      P. O. Box 1177
      Jackson, MS 39215-1177
      enslaw@bellsouth.net

      Stephen Smith
      5 Old River Place, Suite 107
      Jackson, MS 39202-3449
      trustee1@smithcpafirm.com

      Ronald H. McAlpin
      Assistant U.S. Trustee
      A. H. McCoy Federal Building, Suite 706
      100 W. Capitol Street, Suite 706
      Jackson, MS 39269
      Ronald.McAlpin@usdoj.gov

DATED this the 5th day of April, 2010.

                                                                   /s/ Derek A. Wyatt