**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: WYATT & McALISTER PLLC | CHAPTER 7 PROCEEDING |
| | CASE NO. 09-04354-ee |

**NOTICE OF CORRECTED CERTIFICATE
OF SERVICE FOR SERVICE OF MEMORANDUM
OF INTERESTED PARTY FILER DEREK A. WYATT
IN OPPOSITION TO MARY McALISTER'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that the Memorandum of Law by Interested Party Filer Derek A. Wyatt, in Opposition to Mary McAlister's Motion to Dismiss [Dkt #75], together with attachments marked as exhibits 1-40, was filed in this case electronically on March 31, 2010, through the Court's ECF system, and was electronically served on all parties enlisted to receive service electronically.

However, due to technical difficulty in filing the Memorandum [Dkt #75] on March 30, 2010, the Certificate of Service erroneously reflected a date of service of March 30, 2010. This notice is to correct the Certificate to accurately reflect the actual date of service.

This the 6th day of April, 2010.

/s/ Derek A. Wyatt, *pro se*
for Derek A. Wyatt, Interested Party Filer

OF COUNSEL:

Derek A. Wyatt, MSB No. 7413
102 Northlake Lane
Madison, Mississippi 39110
(601) 954-1140
dwyatt@wyattlawpllc.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney for Derek A. Wyatt, Interested Party Filer, certify that I have this day caused the above and foregoing Notice to be filed electronically through the Court's ECF system, and served electronically on all parties enlisted to receive service in this case electronically, as follows:

>Vann F. Leonard
>P. O. Box 16026
>Jackson, MS 39236-6026
>vfllaw@bellsouth.net
>
>Lawrence E. Allison, Jr.
>Brunini, Grantham, Grower & Hewes, PLLC
>Post Office Drawer 119
>Jackson, Mississippi 39205
>lallison@brunini.com
>
>Eileen N. Shaffer
>401 E. Capitol Street, Suite 316
>P. O. Box 1177
>Jackson, MS 39215-1177
>enslaw@bellsouth.net
>
>Stephen Smith
>5 Old River Place, Suite 107
>Jackson, MS 39202-3449
>trustee1@smithcpafirm.com
>
>Ronald H. McAlpin
>Assistant U.S. Trustee
>A. H. McCoy Federal Building, Suite 706
>100 W. Capitol Street, Suite 706
>Jackson, MS 39269
>Ronald.McAlpin@usdoj.gov

DATED this the 6th day of April, 2010.

                                                                  /s/ Derek A. Wyatt