# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    CHAPTER 7

WYATT & McALISTER, PLLC                                                   CASE NO. 0904354EE

## FINAL JUDGMENT GRANTING IN PART THE
## *MOTION TO DISMISS CHAPTER 7 VOLUNTARY PETITION*

Consistent with the Court's opinion dated contemporaneously herewith:

**IT IS THEREFORE ORDERED** that the *Motion to Dismiss Chapter 7 Voluntary Petition* filed by Mary McAlister is well taken in part and is hereby granted in part.

**IT IS FURTHER ORDERED** that the above styled case is hereby dismissed.

**IT IS FURTHER ORDERED** that Court retains jurisdiction to determine the remaining issue of attorney fees and sanctions sought in the motion.

**SO ORDERED.**

_____
Edward Ellington
United States Bankruptcy Judge
Dated: April 23, 2010