### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| WYATT & McALISTER, PLLC | CASE NO. 0904354EE |

### FINAL JUDGMENT GRANTING IN PART THE
### *MOTION TO DISMISS CHAPTER 7 VOLUNTARY PETITION*

Consistent with the Court's opinion dated contemporaneously herewith:

**IT IS THEREFORE ORDERED** that the *Motion to Dismiss Chapter 7 Voluntary Petition* filed by Mary McAlister is well taken in part and is hereby granted in part.

**IT IS FURTHER ORDERED** that the above styled case is hereby dismissed.

**IT IS FURTHER ORDERED** that Court retains jurisdiction to determine the remaining issue of attorney fees and sanctions sought in the motion.

**SO ORDERED.**

_____
Edward Ellington
United States Bankruptcy Judge

Dated: April 23, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: kmcdowell            Page 1 of 1           Date Rcvd: Apr 23, 2010
Case: 09-04354                Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Apr 25, 2010.
db            +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2010**                               **Signature:** *Joseph Speetjens*