IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          CHAPTER 7
Wyatt & McAlister PLLC                                   CASE NO. 09-04354-EE

### ORDER REGARDING MOTION TO REJECT EXECUTORY CONTRACT BETWEEN WYATT & McALISTER, PLLC AND CAROUSEL DEVELOPMENT, LLC

**THIS MATTER** came on for the Court's consideration on the Trustee's Motion to Reject the Executory Contract previously entered into between Wyatt & McAlister, PLLC and Carousel Development, LLC (Docket No. 16). After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Lease Agreement between Wyatt & McAlister, PLLC and Carousel Development, LLC is hereby rejected.

**SO ORDERED.**

_____
Edward Ellington
United States Bankruptcy Judge
Dated: April 26, 2010


SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
P. O. Box 1177
Jackson, MS 39215-1177
Ph:  (601) 969-3006
Fax: (601) 949-4002
E-Mail: enslaw@bellsouth.net