IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
Wyatt & McAlister PLLC

CHAPTER 7  
CASE NO. 09-04354-EE

### ORDER REGARDING MOTION TO REJECT EXECUTORY CONTRACT BETWEEN WYATT & McALISTER, PLLC AND CAROUSEL DEVELOPMENT, LLC

**THIS MATTER** came on for the Court's consideration on the Trustee's Motion to Reject the Executory Contract previously entered into between Wyatt & McAlister, PLLC and Carousel Development, LLC (Docket No. 16). After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Lease Agreement between Wyatt & McAlister, PLLC and Carousel Development, LLC is hereby rejected.

**SO ORDERED.**

Edward Ellington  
United States Bankruptcy Judge  
Dated: April 26, 2010

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687  
Attorney for Trustee  
P. O. Box 1177  
Jackson, MS 39215-1177  
Ph:  (601) 969-3006  
Fax:  (601) 949-4002  
E-Mail: enslaw@bellsouth.net

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jthompson            Page 1 of 1               Date Rcvd: Apr 26, 2010
Case: 09-04354                Form ID: pdf012            Total Noticed: 2
```

The following entities were noticed by first class mail on Apr 28, 2010.
```
db          +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015
2968494      KIM TURNER,   PO BOX 4680,   JACKSON MS 39296
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**                    **Signature:** *Joseph Speetjens*