## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WYATT & McALISTER PLLC            CHAPTER 7 PROCEEDING
                                         CASE NO. 09-04354-ee

### JOINDER

COMES NOW Debtor Wyatt & McAlister ("FMC"), through counsel, and hereby joins in the Rebuttal to "Objection and Response of Mary McAlister to Joint Motion for New Trial, to Alter or Amend Judgment, and/or for Relief from Final Judgment," and the Brief in support thereof, filed by interested party Derek Wyatt in the above styled and numbered Chapter 7 proceeding.

DATED this the 21st day of May, 2010.

Respectfully submitted,

WYATT & McALISTER PLLC

By:    s/ Vann F. Leonard
       Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty Thomas DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 605-8228
FAX (601) 898-2226

### CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be electronically filed with the Clerk of this Court using the ECF system, a true and correct copy of the above and foregoing Joinder, to the following persons named below:

Lawrence E. Allison, Jr., Esquire - lallison@brunini.com
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205

Office of the United States Trustee
Attention: Ronald H. McAlpin, Esquire - ronald.mcalpin@usdoj.gov
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269

J. Stephen Smith, CPA - trustee1@smithcpafirm.com
Chapter 7 Case Trustee
5 Old River Place, Ste 107
Jackson, Mississippi 39202

DATED this the 21st day of May, 2010.


                                                    s/ Vann F. Leonard