## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: WYATT & McALISTER PLLC**                     **CHAPTER 7 PROCEEDING**
                                                      **CASE NO. 09-04354-ee**

### NOTICE OF APPEAL

Wyatt & McAlister PLLC, Debtor, appeals under 28 U.S.C. §158(a) from the Final Judgment Granting in Part the *Motion to Dismiss Chapter 7 Voluntary Petition* entered April 23, 2010; the Findings of Fact and Conclusions of Law on the *Emergency Motion to Dismiss Chapter 7 Voluntary Petition* entered April 23, 2010; and the Memorandum Opinion and Order on *Joint Motion for New Trial, to Alter or Amend Judgment, and/or for Relief from Final Judgment* entered May 26, 2010.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Wyatt & McAlister, PLLC                Vann F. Leonard, Esquire
(Debtor)                               Post Office Box 16026
                                       Jackson, Mississippi 39236
                                       (601) 605-8228
                                       vfllaw@bellsouth.net

Derek A. Wyatt
(member-manager; interested party)     Derek A. Wyatt
                                       102 Northlake Lane
                                       Madison, Mississippi 39110
                                       (601) 954-1140
                                       dwyatt@wyattlawpllc.com

Mary McAlister                         Lawrence E. Allison, Jr., Esquire
                                       Brunini, Grantham, Grower & Hewes, PLLC
                                       Post Office Drawer 119
                                       Jackson, Mississippi 39205
                                       (601) 948-3101
                                       lallison@brunini.com

United States Trustee                  Office of the United States Trustee
                                       Attention: Ronald H. McAlpin, Esquire
                                       100 West Capitol Street, Suite 706
                                       Jackson, Mississippi 39269
                                       ronald.mcalpin@usdoj.gov

Chapter 7 Trustee

J. Stephen Smith, CPA
Chapter 7 Case Trustee
5 Old River Place, Ste 107
Jackson, Mississippi 39202
trustee1@smithcpafirm.com

Attorney for the Chapter 7 Trustee

Eileen N. Shaffer, Esquire
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
enslaw@bellsouth.net

DATED this the 9th day of June, 2010.

Respectfully submitted,

WYATT & McALISTER PLLC

By:   s/ Vann F. Leonard
Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty Thomas DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 605-8228
FAX (601) 898-2226

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be electronically filed with the Clerk of this

Court using the ECF system, a true and correct copy of the above and foregoing Notice of Appeal

to the following persons named hereinabove:

DATED this the 9th day of June, 2010.

s/ Vann F. Leonard