# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WYATT & McALISTER PLLC　　　　　　CHAPTER 7 PROCEEDING
　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 09-04354-ee

## NOTICE OF APPEAL

Wyatt & McAlister PLLC, Debtor, appeals under 28 U.S.C. §158(a) from the Final Judgment Granting in Part the *Motion to Dismiss Chapter 7 Voluntary Petition* entered April 23, 2010; the Findings of Fact and Conclusions of Law on the *Emergency Motion to Dismiss Chapter 7 Voluntary Petition* entered April 23, 2010; and the Memorandum Opinion and Order on *Joint Motion for New Trial, to Alter or Amend Judgment, and/or for Relief from Final Judgment* entered May 26, 2010.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Wyatt & McAlister, PLLC<br>(Debtor) | Vann F. Leonard, Esquire<br>Post Office Box 16026<br>Jackson, Mississippi  39236<br>(601) 605-8228<br>vfllaw@bellsouth.net |
| Derek A. Wyatt<br>(member-manager; interested party) | Derek A. Wyatt<br>102 Northlake Lane<br>Madison, Mississippi  39110<br>(601) 954-1140<br>dwyatt@wyattlawpllc.com |
| Mary McAlister | Lawrence E. Allison, Jr., Esquire<br>Brunini, Grantham, Grower & Hewes, PLLC<br>Post Office Drawer 119<br>Jackson, Mississippi  39205<br>(601) 948-3101<br>lallison@brunini.com |
| United States Trustee | Office of the United States Trustee<br>Attention: Ronald H. McAlpin, Esquire<br>100 West Capitol Street, Suite 706<br>Jackson, Mississippi  39269<br>ronald.mcalpin@usdoj.gov |

| | |
|---|---|
| Chapter 7 Trustee | J. Stephen Smith, CPA<br>Chapter 7 Case Trustee<br>5 Old River Place, Ste 107<br>Jackson, Mississippi 39202<br>trustee1@smithcpafirm.com |
| Attorney for the Chapter 7 Trustee | Eileen N. Shaffer, Esquire<br>Post Office Box 1177<br>Jackson, Mississippi 39215<br>(601) 969-3006<br>enslaw@bellsouth.net |

DATED this the 9th day of June, 2010.

Respectfully submitted,

WYATT & McALISTER PLLC


By:   s/ Vann F. Leonard
      Vann F. Leonard, Attorney for the Debtor


Vann F. Leonard, MSB No. 9611
Betty Thomas DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 605-8228
FAX (601) 898-2226


## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be electronically filed with the Clerk of this Court using the ECF system, a true and correct copy of the above and foregoing Notice of Appeal to the following persons named hereinabove:

DATED this the 9th day of June, 2010.

s/ Vann F. Leonard