# United States Bankruptcy Court
## Southern District of Mississippi



**Danny L. Miller**
Clerk

**Jackson Office**
P. O. Box 2448
Jackson, MS 39225-2448
Telephone: 601-965-5301

**Gulfport Office**
2012 15th Street, Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

| | |
|---|---|
| Wyatt & McAlister PLLC, Debtor<br>102 Northlake Lane<br>Madison, MS 39110 | Vann F. Leonard, Esq.<br>Attorney for Debtor<br>PO Box 16026<br>Jackson, MS 39236-6026 |
| Derek A. Wyatt, Interested Party<br>102 Northlake Lane<br>Madison, MS 39110 | Lawrence E. Allison, Jr., Esq.<br>Attorney for Mary McAlister<br>PO Drawer 119<br>Jackson, MS 39205 |
| Stephen Smith<br>Chapter 7 Trustee<br>5 Old River Place<br>Jackson, MS 39202-3449 | Eileen N. Shaffer, Esq.<br>Attorney for Trustee<br>PO Box 1177<br>Jackson, MS 39215-1177 |
| R. Michael Bolen<br>U.S. Trustee<br>100 W. Capital Street, Ste. 706<br>Jackson, MS 39269 | |

RE:  Wyatt & McAlister PLLC
     Bankruptcy No. 09-04354-ee

## NOTICE OF FILING OF NOTICE OF APPEAL

Notice is hereby given that, pursuant to Rule 8004 of the Federal Rules of Bankruptcy Procedure, a Notice of Appeal (Dkt. #103) has been filed with this Court regarding the Findings of Fact and Conclusions of Law on the Emergency Motion to Dismiss Chapter 7 Voluntary Petition entered on April 23, 2010 (Dkt. #88), Final Judgment Granting in Part the Motion to Dismiss Chapter 7 Voluntary Petition entered on April 23, 2010 (Dkt. #89), and the Memorandum Opinion and Order on Joint Motion for New Trial, to Alter or Amend Judgment, and/or for Relief from Final Judgment entered on May 26, 2010 (Dkt. #102).

Attention to and compliance with Rule 8006 and Rule 8007 of the Federal Rules of Bankruptcy Procedure, if applicable, is required to expedite the Bankruptcy Court's administration and processing of the above appeal.

DATED:    <u>June 9, 2010</u>                    DANNY L. MILLER, CLERK


                                    By:    <u>/s/ Dawn Sanderson</u>
                                            Deputy Clerk