**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**                                                                                      **Case No.:** 09–04354–ee

Wyatt & McAlister PLLC                                                          **Chapter** 7
102 Northlake Lane
Madison, MS 39110

*\*Debtor*

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN THAT:**

You are hereby notified than an Order Dismissing the above case was entered on April 23, 2010.

Dated: 6/11/10                                        Danny L. Miller, Clerk of Court
                                                              100 East Capitol St.
                                                              P.O. Box 2448
                                                              Jackson, MS 39225–2448
                                                              601–965–5301

*\*Set forth all names, including trade names, used by the debtor(s), within the last 8 years.*