IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WYATT & McALISTER PLLC      CHAPTER 7 PROCEEDING
CASE NO. 09-04354-ee

## DESIGNATION OF RECORD

Wyatt & McAlister PLLC, Debtor, through counsel, and pursuant to F.R.A.P. 10(b)(1), designates the entire record, including all Clerk's papers, trial transcripts, exhibits filed, taken or offered in this case, and all notes of the Official Court Reporter, as being necessary to be included on appeal of this matter.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorney |
|---|---|
| Wyatt & McAlister, PLLC (Debtor) | Vann F. Leonard, Esquire<br>Post Office Box 16026<br>Jackson, Mississippi 39236<br>(601) 605-8228<br>vfllaw@bellsouth.net |
| Derek A. Wyatt (member-manager; interested party) | Derek A. Wyatt<br>102 Northlake Lane<br>Madison, Mississippi 39110<br>(601) 954-1140<br>dwyatt@wyattlawpllc.com |
| Mary McAlister | Lawrence E. Allison, Jr., Esquire<br>Brunini, Grantham, Grower & Hewes, PLLC<br>Post Office Drawer 119<br>Jackson, Mississippi 39205<br>(601) 948-3101<br>lallison@brunini.com |
| United States Trustee | Office of the United States Trustee<br>Attention: Ronald H. McAlpin, Esquire<br>100 West Capitol Street, Suite 706<br>Jackson, Mississippi 39269<br>ronald.mcalpin@usdoj.gov |

| | |
|---|---|
| Chapter 7 Trustee | J. Stephen Smith, CPA<br>Chapter 7 Case Trustee<br>5 Old River Place, Ste 107<br>Jackson, Mississippi 39202<br>trustee1@smithcpafirm.com |
| Attorney for the Chapter 7 Trustee | Eileen N. Shaffer, Esquire<br>Post Office Box 1177<br>Jackson, Mississippi 39215<br>(601) 969-3006<br>enslaw@bellsouth.net |

DATED this the 23rd day of June, 2010.

Respectfully submitted,

WYATT & McALISTER PLLC

By:   s/ Vann F. Leonard
      Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty Thomas DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 605-8228
FAX (601) 898-2226

CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be electronically filed with the Clerk of this Court using the ECF system, a true and correct copy of the above and foregoing Designation of Record to the following persons named hereinabove:

DATED this the 23rd day of June, 2010.

s/ Vann F. Leonard