UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**In re: WYATT & McALISTER, P.L.L.C.**   Bankruptcy Case No.: 09-04354-EE
Chapter 7 Proceeding

### NOTICE OF APPEAL

Derek A. Wyatt, an interested party and member-manager in good standing of Debtor Wyatt & McAlister, P.L.L.C., appearing *pro se*, appeals under 28 U.S.C. § 158 (a) from the Final Judgment Granting in Part the Motion to Dismiss Chapter 7 Voluntary Petition, entered on April 23, 2010; the Findings of Fact and Conclusions of Law on the Emergency Motion to Dismiss Chapter 7 Voluntary Petition, entered on April 23, 2010; and the Memorandum Opinion and Order on Joint Motion for New Trial, to Alter or Amend Judgment, and/or from Relief from Final Judgment, entered on May 26, 2010.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Wyatt & McAlister, P.L.L.C. (Debtor) | Vann F. Leonard, Esq.<br>Post Office Box 16026<br>Jackson, Mississippi 39236<br>(601) 605-8228<br>vjllaw@bellsouth.net |
| Derek A. Wyatt, *pro se* (member-manager; interested party) | Derek A. Wyatt, Esq.<br>Wyatt Law PLLC<br>102 Northlake Lane<br>Madison, MS 39110<br>(601) 954-1140<br>dwyatt@wyattlawpllc.com |

| | |
|---|---|
| Chapter 7 Trustee | J. Stephen Smith, CPA<br>Chapter 7 Trustee<br>5 Old River Place, Suite 107<br>Jackson, MS 39202<br>(601) 352-6767<br>trustee@smithcpafirm.com |
| Attorney for Chapter 7 Trustee | Eileen N. Shaffer, Esq.<br>P.O. Box 1177<br>Jackson, MS 39215-1177<br>(601) 949-4002<br>enslaw@bellsouth.net |
| United States Trustee | Office of the United States Trustee<br>Attention: Ronald H. McAlpin, Esq.<br>100 West Capitol St., Suite 706<br>Jackson, Mississippi 39269<br>(601) 965-5241<br>ronald.mcalpin@usdoj.gov |
| Mary McAlister | Lawrence Allison, Esq.<br>Brunini Law Firm<br>Post Office Drawer 119<br>Jackson, MS 39205-0119<br>(601) 948-3101<br>lallison@brunini.com |

Dated this 23rd day of June, 2010.

Respectfully submitted,

Derek A. Wyatt, an interested party and member-manager in good standing of Debtor Wyatt & McAlister, P.L.L.C., appearing *pro se*,

By: s/ Derek A. Wyatt, *pro se*

Derek A, Wyatt, Esq., MSB No. 7413
Wyatt Law PLLC
102 Northlake Lane
Madison, Mississippi 39110
(601) 954-1140

## CERTIFICATE OF SERVICE

Using the ECF system, I hereby certify that I have this date caused to be electronically filed with the Clerk of this Court, a true and correct copy of the above and forgoing Notice of Appeal to the following persons named hereinabove.

Dated this 23rd day of June, 2010.

s/ Derek A. Wyatt, MSB No. 7413