# United States Bankruptcy Court
### Southern District of Mississippi

**Danny L. Miller**
**Clerk**



**Jackson Office**
P. O. Box 2448
Jackson, MS  39225-2448
Telephone:  601-965-5301

**Gulfport Office**
2012 15th Street, Suite 244
Gulfport, MS  39501
Telephone:  228-563-1790

Wyatt & McAlister PLLC, Debtor
102 Northlake Lane
Madison, MS 39110

Vann F. Leonard, Esq.
Attorney for Debtor
PO Box 16026
Jackson, MS 39236-6026

Derek A. Wyatt, Interested Party
102 Northlake Lane
Madison, MS 39110

Lawrence E. Allison, Jr., Esq.
Attorney for Mary McAlister
PO Drawer 119
Jackson, MS 39205

Stephen Smith
Chapter 7 Trustee
5 Old River Place
Jackson, MS 39202-3449

Eileen N. Shaffer, Esq.
Attorney for Trustee
PO Box 1177
Jackson, MS 39215-1177

R. Michael Bolen
U.S. Trustee
100 W. Capital Street, Ste. 706
Jackson, MS 39269

RE:   Wyatt & McAlister PLLC
       Bankruptcy No. 09-04354-ee

### NOTICE OF FILING OF NOTICE OF APPEAL

Notice is hereby given that, pursuant to Rule 8004 of the Federal Rules of Bankruptcy Procedure, a Notice of Appeal (Dkt. #109) has been filed with this Court regarding the Findings of Fact and Conclusions of Law on the Emergency Motion to Dismiss Chapter 7 Voluntary Petition entered on April 23, 2010 (Dkt. #88), Final Judgment Granting in Part the Motion to Dismiss Chapter 7 Voluntary Petition entered on April 23, 2010 (Dkt. #89), and the Memorandum Opinion and Order on Joint Motion for New Trial, to Alter or Amend Judgment, and/or for Relief from Final Judgment entered on May 26, 2010 (Dkt. #102).

Attention to and compliance with Rule 8006 and Rule 8007 of the Federal Rules of Bankruptcy Procedure, if applicable, is required to expedite the Bankruptcy Court's administration and processing of the above appeal.

DATED:   June 23, 2010                    DANNY L. MILLER, CLERK


                                          By:   /s/ Dawn Sanderson
                                                Deputy Clerk