SUN-26309 0538-3 n024 09-04354
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT



U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 28 2010
BY DANNY L. MILLER CLERK
_____ DEPUTY CLERK

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

045768 45768 1 AT 0.354 38802 6 4 6519-0-46436

Bancorpsouth
P.O. Box 6
Tupelo, MS 38802-0006

**FIRST-CLASS MAIL**

NIXIE      392   DE 1       00 06/25/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 39225244849         *2066-05498-25-34

39225@2448