## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WYATT & McALISTER PLLC                    CHAPTER 7 PROCEEDING
                                                  CASE NO. 09-04354-ee

### SUPPLEMENTAL DESIGNATION OF RECORD

Wyatt & McAlister PLLC, Debtor, through counsel, files this its Supplemental Designation of Record, and pursuant to Fed.R.Bankr.P. 8006, designates the following documents as being necessary to be included on appeal of this matter.

| # | Docket | Filed & Entered | Description |
|---|---|---|---|
| 1. | Docket No. #6 | Filed & Entered: 12/14/2009 | Motion to Dismiss Debtor |
| 2. | Docket No. #8 | Filed & Entered: 12/15/2009 | Response |
| 3. | Docket No. #73 | Filed & Entered: 03/30/2010 | Brief |
| 4. | Docket No. #74 | Filed & Entered: 03/30/2010 | Brief |
| 5. | Docket No. #84 | Filed & Entered: 04/12/2010 | Response |
| 6. | Docket No. #85 | Filed & Entered: 04/12/2010 | Reply |
| 7. | Docket No. #88 | Filed & Entered: 04/23/2010 | Opinion |
| 8. | Docket No. #89 | Filed & Entered: 04/23/2010 | Judgment |
| 9. | Docket No. #94 | Filed & Entered: 05/07/2010 | Motion to Reconsider |
| 10. | Docket No. #96 | Filed & Entered: 05/07/2010 | Memorandum Brief |
| 11. | Docket No. #98 | Filed & Entered: 05/17/2010 | Objection |
| 12. | Docket No. #99 | Filed & Entered: 05/21/2010 | Brief |
| 13. | Docket No. #100 | Filed & Entered: 05/21/2010 | Joinder |
| 14. | Docket No. #101 | Filed & Entered: 05/22/2010 | Supplement to Document |
| 15. | Docket No. #102 | Filed & Entered: 05/26/2010 | Memorandum Opinion |
| 16. | Docket No. #103 | Filed & Entered: 06/09/2010 | Notice of Appeal |

Further, the Debtor sets forth the following issues on appeal:

## STATEMENT OF THE ISSUES ON APPEAL:

1. Whether Mary McAlister effectively withdrew under §79-29-803(1) of the Miss. Code Ann. (1972) as amended; and

2. Whether Derek Wyatt had standing to file a Chapter 7 bankruptcy petition with the United States Bankruptcy Court, Southern District of Mississippi, for Wyatt & McAlister, LLC.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Wyatt & McAlister, PLLC
(Debtor)

Vann F. Leonard, Esquire
Post Office Box 16026
Jackson, Mississippi 39236
(601) 605-8228
vfllaw@bellsouth.net

Derek A. Wyatt
(member-manager; interested party)

Derek A. Wyatt
102 Northlake Lane
Madison, Mississippi 39110
(601) 954-1140
dwyatt@wyattlawpllc.com

Mary McAlister

Lawrence E. Allison, Jr., Esquire
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
(601) 948-3101
lallison@brunini.com

United States Trustee

Office of the United States Trustee
Attention: Ronald H. McAlpin, Esquire
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269
ronald.mcalpin@usdoj.gov

Chapter 7 Trustee

J. Stephen Smith, CPA
Chapter 7 Case Trustee
5 Old River Place, Ste 107
Jackson, Mississippi 39202
trustee1@smithcpafirm.com

| | |
|---|---|
| Attorney for the Chapter 7 Trustee | Eileen N. Shaffer, Esquire<br>Post Office Box 1177<br>Jackson, Mississippi 39215<br>(601) 969-3006<br>enslaw@bellsouth.net |

DATED this the 29th day of June, 2010.

Respectfully submitted,

WYATT & McALISTER PLLC

By:   s/ Vann F. Leonard
Vann F. Leonard, Attorney for the Debtor

Vann F. Leonard, MSB No. 9611
Betty Thomas DeRossette, MSB No. 101118
Post Office Box 16026
Jackson, Mississippi 39236-6026
(601) 605-8228
FAX (601) 898-2226

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be electronically filed with the Clerk of this Court using the ECF system, a true and correct copy of the above and foregoing Supplemental Designation of Record to the following persons named hereinabove:

DATED this the 29th day of June, 2010.

s/ Vann F. Leonard