[Reset Form]                                                                                     [Print Form]

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

## REQUEST FOR TRANSCRIPTION OF ECRO RECORDING
## OF HEARING/TRIAL

PROCEDURE:

1. Complete this form
2. File this form with the Clerk
3. Docket Events:
   Bankruptcy> Other> Transcript Request
   Adversary> Other> Transcript Request

Date of Request: Jun 28, 2010

Case No.: 09-4354          Type: Bankruptcy          Judge: Ellington

Case Name: Wyatt & McAlister PLLC          Hearing Date: Mar 15, 2010

Enter the Matter Being Heard: Emergency Motion to Dismiss/Response

Comments:

Requestor's Name: Vann F. Leonard

Address: Post Office Box 16026

City: Jackson          State: MS          Zip Code: 39236          MS Bar No. 9611

Phone Number: 601-605-8228          e-mail address: vfllaw@bellsouth.net

Date: Jun 28, 2010          /s/ Vann F. Leonard

CERTIFICATION
By signing, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

*From TR-1*