# United States Bankruptcy Court

**Southern District of Mississippi**



Danny L. Miller
Clerk

**Jackson Office**
P. O. Box 2448
Jackson, MS  39225-2448
Telephone: 601-965-5301

**Gulfport Office**
2012 15th Street, Suite 244
Gulfport, MS  39501
Telephone: 228-563-1790

To:   Teri Norton
      Southern District of MS
      Dan M. Russell, Jr., U.S. Courthouse
      U.S. District Court
      2012 15th Street
      Gulfport, MS 39501

### NOTICE

Notice is hereby given that the party on the enclosed Transcript Request requires transcription of a hearing {all information you required is reflected on the enclosure}.

Per conversation between you and a court staff member, you have agreed to complete and file the transcript within 30 days from the date of this notice as required by Federal Rule of Bankruptcy Procedure 8007(a).

> *Rule 8007(a). Duty of Reporter to Prepare and File Transcript.*
> *On receipt of a request for transcript ,the reporter shall acknowledge on the request the date it was received and the date on which the reporter expects to have the transcript completed and shall transmit the request, so endorsed, to the clerk... On completion of the transcript the reporter shall file it with the clerk... If the transcript cannot be completed within 30 days of receipt of the request the reporter shall seek an extension of time from the clerk... and the action fo the clerk shall be entered in the docket and the parties notified. If the reporter does not file the transcript within the time allowed, the clerk... shall notify the bankruptcy judge.*

You as transcriber are also required to complete and file a redacted transcript when you receive a request for redacted transcript from a party who previously requested a transcription of the hearing. Said redacted transcript is required to be completed and filed with this Court no later than 21 days from the 31 days from the date you originally filed the transcript.

If you should have any questions, please contact Dawn Sanderson at *601-965-5301 ext. 160.*

Date:   July 1, 2010                                    Danny L. Miller, Clerk

[Reset Form]                                                                          [Print Form]

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

### REQUEST FOR TRANSCRIPTION OF ECRO RECORDING
### OF HEARING/TRIAL

PROCEDURE:

1. Complete this form
2. File this form with the Clerk
3. Docket Events:
   Bankruptcy> Other> Transcript Request
   Adversary> Other> Transcript Request

Date of Request: Jun 28, 2010

Case No.: 09-4354    Type: Bankruptcy    Judge: Ellington

Case Name: Wyatt & McAlister PLLC    Hearing Date: Mar 5, 2010

Enter the Matter Being Heard: Emergency Motion to Dismiss/Response

Comments:

Requestor's Name: Vann F. Leonard

Address: Post Office Box 16026

City: Jackson    State: MS    Zip Code: 39236    MS Bar No. 9611

Phone Number: 601-605-8228    e-mail address: vfllaw@bellsouth.net

Date: Jun 28, 2010    /s/ Vann F. Leonard

CERTIFICATION
By signing, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

*From TR-1*