**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     CHAPTER 7

**WYATT & McALISTER, PLLC,**     CASE NO. 09-04354-EE
**DEBTOR**

## APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD

Appellee MARY McALISTER ("McAlister") submits this Supplemental Designation of Record pursuant to the Federal Rules of Bankruptcy Procedure, including Rule 8006. Appellant Wyatt & McAlister, PLLC ("W&M") filed its Designation of Record [Doc #110] on June 23, 2010, and its Supplemental Designation of Record [Doc #115] on June 29, 2010. Appellant Derek Wyatt, having a 50% voting interest in W&M, filed his Designation of Record [Doc #118] on July 8, 2010. Appellee McAlister, having a 50% voting interest in W&M, by this her Supplemental Designation of Record, adopts the designations and supplemental designations heretofore filed by W&M and by Derek Wyatt, and supplements same by designating, to the extent not heretofore designated, the entire record in this proceeding, including without limitation all pleadings, together with exhibits, minutes, notices, orders and other papers filed with the Clerk of this Court.

The names of all parties to the judgment, order or decree appealed from and the names and addresses of their respective attorneys are, as follows:

| PARTY | ATTORNEY |
|---|---|
| Wyatt & McAlister, PLLC<br>( Debtor, and Appellant) | Vann F. Leonard<br>P. O. Box 16026<br>Jackson, MS  39236-6026<br>E-mail:  vfllaw@bellsouth.net |

| | |
|---|---|
| Derek A. Wyatt<br>(Member of W&M,<br>Interested Party and Appellant) | Derek Wyatt<br>Wyatt Law PLLC<br>102 Northlake Lane<br>Madison, MS 39110<br>E-mail: dwyatt@wyattlawpllc.com |
| Mary McAlister<br>(Member of W&M,<br>Interested Party and Appellee) | Lawrence E. Allison, Jr.<br>Christopher A. Shapley<br>Joseph A. Sclafani<br>Brunini, Grantham, Grower & Hewes, PLLC<br>The Pinnacle Building, Suite 100<br>190 East Capitol Street<br>Post Office Drawer 119<br>Jackson, MS 39205<br>E-mail: lallison@brunini.com<br>E-mail: cshapley@brunini.com<br>E-mail: jsclafani@brunini.com |
| Stephen Smith<br>(Chapter 7 Trustee) | Eileen N. Shaffer<br>401 E. Capitol Street, Suite 316<br>P. O. Box 1177<br>Jackson, MS 39215-1177<br>E-mail: enslaw@bellsouth.net |
| U.S. Trustee | Ronald H. McAlpin<br>Assistant U.S. Trustee<br>A. H. McCoy Federal Building, Suite 706<br>100 W. Capitol Street, Suite 706<br>Jackson, MS 39269<br>E-mail: Ronald.McAlpin@usdoj.gov |

Dated: July 22, 2010

Respectfully Submitted,

MARY McALISTER

By: /s/ Lawrence E. Allison, Jr.
    One of Her Attorneys

- 2 -

- 3 -

OF COUNSEL:

Christopher A. Shapley (MSB #6733)
Lawrence E. Allison, Jr. (MSB #1534)
Joseph A. Sclafani (MSB #99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, MS  39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
E-mail: cshapley@brunini.com
E-mail: lallison@brunini.com
E-mail: Jsclafani@brunini.com

# **CERTIFICATE OF SERVICE**

      I, the undersigned attorney for Mary McAlister, certify that I have this day caused the above and foregoing pleading or other document to be filed electronically through the Court's ECF system, and that it was served electronically on all parties enlisted to receive service in this case electronically.

      I further certify that I have also caused it to be separately served by electronic mail on the following persons:

      Vann F. Leonard
      P. O. Box 16026
      Jackson, MS  39236-6026
      E-mail:  vfllaw@bellsouth.net

      Derek Wyatt
      Wyatt Law PLLC
      102 Northlake Lane
      Madison, MS 39110
      E-mail: dwyatt@wyattlawpllc.com

      Eileen N. Shaffer
      401 E. Capitol Street, Suite 316
      P. O. Box 1177
      Jackson, MS  39215-1177
      E-mail: enslaw@bellsouth.net

      Stephen Smith
      5 Old River Place, Suite 107
      Jackson, MS  39202-3449
      E-mail: trustee1@smithcpafirm.com

      Ronald H. McAlpin
      Assistant U.S. Trustee
      A. H. McCoy Federal Building, Suite 706
      100 W. Capitol Street, Suite 706
      Jackson, MS 39269
      E-mail:  Ronald.McAlpin@usdoj.gov

      THIS the   22nd   day of July, 2010.

       /s/  Lawrence E. Allison, Jr.