**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Wyatt & McAlister PLLC                                                   Case No.: 09−04354−ee

Chapter 7

**To: All Persons of Record at Hearing/Trial**

NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on **July 27, 2010** (Dkt. # 120) regarding a hearing/trial held on **March 5, 2010** (Dkt. #54).

The parties have until **August 3, 2010** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **required** on or before **August 17, 2010**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **August 27, 2010**.

If no redacted transcript is filed before the 90−day restriction period expires, the transcript may become available for remote electronic access on **October 25, 2010**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, ***Teri B. Norton, (228) 563−1748***, or you may view the transcript at the clerk's office public terminal.

Dated: 7/27/10                                                                     Danny L. Miller
                                                                                   Clerk, U. S. Bankruptcy Court
                                                                                   100 East Capitol St.
                                                                                   P.O. Box 2448
                                                                                   Jackson, MS 39225−2448

                                                                                   601−965−5301