**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                                      CHAPTER 7

**WYATT & McALISTER, PLLC,**                                       CASE NO. 09-04354-EE
**DEBTOR**

## APPELLEE'S AMENDED DESIGNATION OF RECORD

Appellee MARY McALISTER ("McAlister") submits this Amended Designation of Record pursuant to the Federal Rules of Bankruptcy Procedure, including Rule 8006. Appellant Wyatt & McAlister, PLLC ("W&M") filed its Designation of Record [Doc #110] on June 23, 2010, and its Supplemental Designation of Record [Doc #115] on June 29, 2010. Appellant Derek Wyatt, a member of W&M having a 50% voting interest in W&M, filed his Designation of Record [Doc #118] on July 8, 2010. Appellee McAlister, a member of W&M having a 50% voting interest in W&M, filed her designation of the record [ Doc #119] on July 22, 2010. By this her Amended Designation of Record, McAlister amends her prior designation, adopts the designations and supplemental designations heretofore filed by W&M and by Derek Wyatt, and designates the following additional documents to be included in the record on appeal:

1.      Docket #28      Schedule B, filed by Debtor Wyatt & McAlister PLLC on 1/13/10;

2.      Docket #33      Statement of Financial Affairs, filed by Debtor Wyatt & McAlister PLLC on 1/13/10;

3.      Docket #34      Statement of Corporate Ownership, filed by Debtor Wyatt & McAlister PLLC on 1/13/10;

4.      Docket #35      Summary of Schedules, filed By Debtor Wyatt & McAlister PLLC on 1/13/10;

5.      Docket #37      Document filed by Debtor Wyatt & McAlister PLLC (Declaration Concerning Debtor's Schedules) on 1/13/10;

01029101

6.  Docket #40    Meeting of Creditors Held (Proceeding Memo and Minutes of the Chapter 7 §341(a) Meeting), filed by Trustee Stephen Smith on 1/23/10;

7.  Docket #57    Amended Schedule B, filed by Debtor Wyatt & McAlister PLLC on 2/19/10;

8.  Docket #59    Statement of Financial Affairs – Amended, filed by Debtor Wyatt & McAlister PLLC on 2/19/10;

9.  Docket #65    Summary of Schedules – Amended, filed by Debtor Wyatt & McAlister PLLC on 2/24/10;

10.  Docket #83    Supplement to Document, Emergency Motion to Dismiss Debtor Wyatt & McAlister, PLLC's Chapter 7 Voluntary Petition, filed by Mary E. McAlister on 4/9/10; and

11.  Docket #119    Appellee Designation of Contents for Inclusion in Record of Appeal, filed by Mary E. McAlister on 7/22/10.

The names of all parties to the judgment, order or decree appealed from and the names and addresses of their respective attorneys are, as follows:

| PARTY | ATTORNEY |
|---|---|
| Wyatt & McAlister, PLLC<br>( Debtor, and Appellant) | Vann F. Leonard<br>P. O. Box 16026<br>Jackson, MS  39236-6026<br>E-mail:  vfllaw@bellsouth.net |
| Derek A. Wyatt<br>(Member of W&M,<br>Interested Party and Appellant) | Derek Wyatt<br>Wyatt Law PLLC<br>102 Northlake Lane<br>Madison, MS 39110<br>E-mail: dwyatt@wyattlawpllc.com |

01029101

- 2 -

| | |
|---|---|
| Mary McAlister<br>(Member of W&M,<br>Interested Party and Appellee) | Lawrence E. Allison, Jr.<br>Christopher A. Shapley<br>Joseph A. Sclafani<br>Brunini, Grantham, Grower & Hewes, PLLC<br>The Pinnacle Building, Suite 100<br>190 East Capitol Street<br>Post Office Drawer 119<br>Jackson, MS  39205<br>E-mail:  lallison@brunini.com<br>E-mail:  cshapley@brunini.com<br>E-mail:  jsclafani@brunini.com |
| Stephen Smith<br>(Chapter 7 Trustee) | Eileen N. Shaffer<br>401 E. Capitol Street, Suite 316<br>P. O. Box 1177<br>Jackson, MS  39215-1177<br>E-mail: enslaw@bellsouth.net |
| U.S. Trustee | Ronald H. McAlpin<br>Assistant U.S. Trustee<br>A. H. McCoy Federal Building, Suite 706<br>100 W. Capitol Street, Suite 706<br>Jackson, MS 39269<br>E-mail:  Ronald.McAlpin@usdoj.gov |

Dated:  July 28, 2010

Respectfully Submitted,

MARY McALISTER


By:  /s/  Lawrence E. Allison, Jr.
   One of Her Attorneys

01029101

- 3 -

OF COUNSEL:

Christopher A. Shapley (MSB #6733)
Lawrence E. Allison, Jr. (MSB #1534)
Joseph A. Sclafani (MSB #99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, MS  39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
E-mail: cshapley@brunini.com
E-mail: lallison@brunini.com
E-mail: Jsclafani@brunini.com

# **CERTIFICATE OF SERVICE**

      I, the undersigned attorney for Mary McAlister, certify that I have this day caused the above and foregoing pleading or other document to be filed electronically through the Court's ECF system, and that it was served electronically on all parties enlisted to receive service in this case electronically.

      I further certify that I have also caused it to be separately served by electronic mail on the following persons:

                  Vann F. Leonard
                  P. O. Box 16026
                  Jackson, MS  39236-6026
                  E-mail:  vfllaw@bellsouth.net

                  Derek Wyatt
                  Wyatt Law PLLC
                  102 Northlake Lane
                  Madison, MS 39110
                  E-mail: dwyatt@wyattlawpllc.com

                  Eileen N. Shaffer
                  401 E. Capitol Street, Suite 316
                  P. O. Box 1177
                  Jackson, MS  39215-1177
                  E-mail: enslaw@bellsouth.net

                  Stephen Smith
                  5 Old River Place, Suite 107
                  Jackson, MS  39202-3449
                  E-mail: trustee1@smithcpafirm.com

                  Ronald H. McAlpin
                  Assistant U.S. Trustee
                  A. H. McCoy Federal Building, Suite 706
                  100 W. Capitol Street, Suite 706
                  Jackson, MS 39269
                  E-mail:  Ronald.McAlpin@usdoj.gov


      THIS the   28th   day of July, 2010.


                                           /s/  Lawrence E. Allison, Jr.

01029101