**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Wyatt & McAlister PLLC                                    Case No.: 09−04354−ee

                                                                    Chapter 7

**To: All Persons of Record at Hearing/Trial**

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript was filed on **July 27, 2010** (Dkt. # 120) regarding a hearing/trial held on **March 5, 2010** (Dkt. #54).

The parties have until **August 3, 2010** to communicate with the transcriber of any intent to redact the transcript.

Transcript redaction request to the transcriber is **required** on or before **August 17, 2010**.

If a transcript redaction request is submitted to the transcriber, the deadline for the redacted transcript to be filed with the Court is **August 27, 2010**.

If no redacted transcript is filed before the 90−day restriction period expires, the transcript may become available for remote electronic access on **October 25, 2010**, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, *Teri B. Norton, (228) 563−1748*, or you may view the transcript at the clerk's office public terminal.


Dated: 7/27/10                                    Danny L. Miller
                                                  Clerk, U. S. Bankruptcy Court
                                                  100 East Capitol St.
                                                  P.O. Box 2448
                                                  Jackson, MS 39225−2448

                                                  601−965−5301

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsanderso            Page 1 of 1          Date Rcvd: Jul 27, 2010
Case: 09-04354                Form ID: n015              Total Noticed: 1

The following entities were noticed by first class mail on Jul 29, 2010.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                    **Signature:**   _Joseph Speetjens_