# United States Bankruptcy Court

**Southern District of Mississippi**

Danny L. Miller
Clerk of Court



Jackson Office
P. O. Box 2448
Jackson, MS 39225-2448
Telephone: 601-965-5301

Gulfport Office
2012 15th Street, Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

August 4, 2010

J. T. Noblin, Clerk
United States District Court
Southern District of Mississippi
245 East Capitol Street, Suite 316
Jackson, MS 39201

Re:    Wyatt & McAlister PLLC
       Bankruptcy No. 09-04354-ee

Dear Mr. Noblin:

    In connection with the Notice of Appeal filed by Derek A. Wyatt, interested party and member-manager in good standing of Debtor, Wyatt & McAlister, P.L.L.C., appearing pro se (Dkt. #109), in the above matter, I have this date transmitted the Record on Appeal to you, Clerk of the United States District Court.

    Note that the transcript is separate from the designated items in the clerk's certificate. Special attention is required regarding the transcript of the hearing held on 3/5/10 (Dkt. #120). Access to this transcript is not to be released until October 25, 2010. Please refer inquiries regarding the transcript to the bankruptcy court.

    Please note the case number and judge assigned to the appeal on this letter and e-mail to me at Dawn_Sanderson@mssb.uscourts.gov.

    Sincerely,

    DANNY L. MILLER, CLERK

    By:    /s/ Dawn Sanderson
             Deputy Clerk

cc:

In Re: Wyatt & McAlister, PLLC - NOTICE OF APPEAL
Bankruptcy No. 09-04354-ee

Vann F. Leonard, Esq.
P. O. Box 16026
Jackson, MS 39236
vfllaw@bellsouth.net

Lawrence E. Allkson, Jr., Esq.
P. O. Drawer 119
Jackson, MS 39205
lallison@brunini.com

J. Stephen Smith, Chapter 7 Trustee
5 Old River Place, Suite 107
Jackson, MS 39202
trustee@smithcpafirm.com

Office of the United States Trustee
Attn: Ronald H. McAlpin, Esq.
100 West Capitol St., Ste 706
Jackson, MS 39269
ronald.mcalpin@usdoj.gov

Eileen N. Shaffer, Esq.
P. O. Box 1177
Jackson, MS 39215-1177
enslaw@bellsouth.net

| | |
|---|---|
| Receipt is acknowledged of the documents described herein. | |
| Acknowledgment Date: _____ | Civil Case No. Assigned: _____ |
| Judge Assigned: _____ | Received By: _____, Deputy Clerk |

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: kbryan               Page 1 of 1              Date Rcvd: Aug 05, 2010
Case: 09-04354                Form ID: pdf012            Total Noticed: 3

The following entities were noticed by first class mail on Aug 07, 2010.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015
intp         +Derek A. Wyatt,   102 Northlake Lane,   Madison, MS 39110-5015
acc          +Stephen Smith,   Shelton & Smith PC, CPA,   5 Old River Road Ste 107,   Jackson, MS 39202-3449

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2010**          **Signature:** *Joseph Speetjens*