# United States Bankruptcy Court
**Southern District of Mississippi**

Danny L. Miller
Clerk of Court



**Jackson Office**
P. O. Box 2448
Jackson, MS  39225-2448
Telephone:  601-965-5301

**Gulfport Office**
2012 15th Street, Suite 244
Gulfport, MS  39501
Telephone:  228-563-1790

August 4, 2010

J. T. Noblin, Clerk
United States District Court
Southern District of Mississippi
245 East Capitol Street, Suite 316
Jackson, MS 39201

Re:   Wyatt & McAlister PLLC
      Bankruptcy No. 09-04354-ee

Dear Mr. Noblin:

In connection with the Notice of Appeal filed by Vann F. Leonard, Esq. on behalf of Wyatt & McAlister PLLC, Debtor (Dkt. #103), in the above matter, I have this date transmitted the Record on Appeal to you, Clerk of the United States District Court.

Note that the transcript is separate from the designated items in the clerk's certificate. Special attention is required regarding the transcript of the hearing held on 3/5/10 (Dkt. #120). Access to this transcript is not to be released until October 25, 2010.  Please refer inquiries regarding the transcript to the bankruptcy court.

Please note the case number and judge assigned to the appeal on this letter and e-mail to me at Dawn_Sanderson@mssb.uscourts.gov.

Sincerely,

DANNY L. MILLER, CLERK

By:   /s/ Dawn Sanderson
      Deputy Clerk

cc:

In Re: Wyatt & McAlister, PLLC - NOTICE OF APPEAL
       Bankruptcy No. 09-04354-ee

| | |
|---|---|
| Vann F. Leonard, Esq.<br>P. O. Box 16026<br>Jackson, MS 39236<br>vfllaw@bellsouth.net | Office of the United States Trustee<br>Attn: Ronald H. McAlpin, Esq.<br>100 West Capitol St., Ste 706<br>Jackson, MS 39269<br>ronald.mcalpin@usdoj.gov |
| Derek A. Wyatt<br>102 Northlake Lane<br>Madison, MS 39110<br>dwyatt@wyattlawpllc.com | |
| Lawrence E. Allkson, Jr., Esq.<br>P. O. Drawer 119<br>Jackson, MS 39205<br>lallison@brunini.com | |

---

Receipt is acknowledged of the documents described herein.

Acknowledgment Date: _____  Civil Case No. Assigned: _____

Judge Assigned: _____  Received By: _____, Deputy Clerk

---

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: kbryan              Page 1 of 1              Date Rcvd: Aug 05, 2010
Case: 09-04354                Form ID: pdf012           Total Noticed: 2

The following entities were noticed by first class mail on Aug 07, 2010.
db           +Wyatt & McAlister PLLC,   102 Northlake Lane,   Madison, MS 39110-5015
intp         +Derek A. Wyatt,   102 Northlake Lane,   Madison, MS 39110-5015

The following entities were noticed by electronic transmission.
NONE.                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2010**          **Signature:** *Joseph Speetjens*