U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 1 6 2010

DANNY L. MILLER, CLERK
By: _____ Deputy Clerk

**Danny L. Miller**
**Clerk of Court**

# United States Bankruptcy Court
## Southern District of Mississippi



**Jackson Office**
P. O. Box 2448
Jackson, MS 39225-2448
Telephone: 601-965-5301

**Gulfport Office**
2012 15th Street, Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

August 4, 2010

J. T. Noblin, Clerk
United States District Court
Southern District of Mississippi
245 East Capitol Street, Suite 316
Jackson, MS 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG - 5 2010
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Re:   Wyatt & McAlister PLLC
      Bankruptcy No. 09-04354-ee

3:10 cv 436 HTW-LRA

Dear Mr. Noblin:

    In connection with the Notice of Appeal filed by Vann F. Leonard, Esq. on behalf of Wyatt & McAlister PLLC, Debtor (Dkt. #103), in the above matter, I have this date transmitted the Record on Appeal to you, Clerk of the United States District Court.

    Note that the transcript is separate from the designated items in the clerk's certificate. Special attention is required regarding the transcript of the hearing held on 3/5/10 (Dkt. #120). Access to this transcript is not to be released until October 25, 2010. Please refer inquiries regarding the transcript to the bankruptcy court.

    Please note the case number and judge assigned to the appeal on this letter and e-mail to me at Dawn_Sanderson@mssb.uscourts.gov.

    Sincerely,

    DANNY L. MILLER, CLERK

    By:   /s/ Dawn Sanderson
           Deputy Clerk

cc:

In Re: Wyatt & McAlister, PLLC - NOTICE OF APPEAL
Bankruptcy No. 09-04354-ee

Vann F. Leonard, Esq.
P. O. Box 16026
Jackson, MS 39236
vfllaw@bellsouth.net

Derek A. Wyatt
102 Northlake Lane
Madison, MS 39110
dwyatt@wyattlawpllc.com

Lawrence E. Allkson, Jr., Esq.
P. O. Drawer 119
Jackson, MS 39205
lallison@brunini.com

Office of the United States Trustee
Attn: Ronald H. McAlpin, Esq.
100 West Capitol St., Ste 706
Jackson, MS 39269
ronald.mcalpin@usdoj.gov

---

Receipt is acknowledged of the documents described herein.

Acknowledgment Date:_____    Civil Case No. Assigned:_____

Judge Assigned: _____    Received By: _____, Deputy Clerk