U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

AUG 1 6 2010

DANNY L. MILLER, CLERK
By_____CMB_____ Deputy Clerk

# United States Bankruptcy Court
## Southern District of Mississippi

**Danny L. Miller**
**Clerk of Court**



**Jackson Office**
P. O. Box 2448
Jackson, MS 39225-2448
Telephone: 601-965-5301

**Gulfport Office**
2012 15th Street, Suite 244
Gulfport, MS 39501
Telephone: 228-563-1790

August 4, 2010

J. T. Noblin, Clerk
United States District Court
Southern District of Mississippi
245 East Capitol Street, Suite 316
Jackson, MS 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG - 9 2010
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Re:   Wyatt & McAlister PLLC
      Bankruptcy No. 09-04354-ee

*3:10cv 449 DPJ-FKB*

Dear Mr. Noblin:

In connection with the Notice of Appeal filed by Derek A. Wyatt, interested party and member-manager in good standing of Debtor, Wyatt & McAlister, P.L.L.C., appearing pro se (Dkt. #109), in the above matter, I have this date transmitted the Record on Appeal to you, Clerk of the United States District Court.

Note that the transcript is separate from the designated items in the clerk's certificate. Special attention is required regarding the transcript of the hearing held on 3/5/10 (Dkt. #120). Access to this transcript is not to be released until October 25, 2010. Please refer inquiries regarding the transcript to the bankruptcy court.

Please note the case number and judge assigned to the appeal on this letter and e-mail to me at Dawn_Sanderson@mssb.uscourts.gov.

Sincerely,

DANNY L. MILLER, CLERK

By:   /s/ Dawn Sanderson
      Deputy Clerk

cc:

In Re: Wyatt & McAlister, PLLC - NOTICE OF APPEAL
Bankruptcy No. 09-04354-ee

Vann F. Leonard, Esq.
P. O. Box 16026
Jackson, MS 39236
vfllaw@bellsouth.net

Lawrence E. Allkson, Jr., Esq.
P. O. Drawer 119
Jackson, MS 39205
lallison@brunini.com

J. Stephen Smith, Chapter 7 Trustee
5 Old River Place, Suite 107
Jackson, MS 39202
trustee@smithcpafirm.com

Office of the United States Trustee
Attn: Ronald H. McAlpin, Esq.
100 West Capitol St., Ste 706
Jackson, MS 39269
ronald.mcalpin@usdoj.gov

Eileen N. Shaffer, Esq.
P. O. Box 1177
Jackson, MS 39215-1177
enslaw@bellsouth.net

Receipt is acknowledged of the documents described herein.

Acknowledgment Date:_____    Civil Case No. Assigned:_____

Judge Assigned: _____    Received By: _____, Deputy Clerk